1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>     Defendants. | Case No. 1:14-CV-00127 LJO-SKO<br>[*Hon. Lawrence J. O'Neill, D. Judge;<br>Hon. Sheila K. Oberto, M. Judge*]<br><br>**STIPULATION OF THE PARTIES AND JOINT REQUEST FOR ORDER CONTINUING AND RESETTING CASE MANAGEMENT DATES AND DEADLINES, INCLUDING TRIAL; ORDER**<br><br>Complaint Filed:   01/28/2014<br>Trial Date:       06/09/2015 |

## TO THE HONORABLE COURT:

By and through their counsel of record in this action, plaintiff  IDALIA J. MORGUTIA-JOHNSON and defendants CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, AND OFFICER JEFFREY KAISER ("Defendants") – the parties – by and through their respective attorneys of record, hereby stipulate for the purpose of jointly requesting that the honorable Court enter an Order continuing, resetting, and modifying the pending case management dates and deadlines in this matter, including the current trial date (and pursuant to Federal Rules of Civil Procedure 16, 26, and 40, as well as, to the extent applicable, United States District Court, Eastern District of California Local Rule 143, 144, 240, and 281-285) as follows:

1

## <u>GOOD CAUSE STATEMENT</u>

1. As a result of an unexpected further continuance of trial of another matter involving the same attorneys (Ms. O'Linn, Mr. Sain, and Mr. Gonzalez) who are representing the parties in this case, and in light of an unanticipated substitution issue for plaintiff that delayed prosecution of the litigation, the parties have been unable to complete discovery in this case and will not be able to do so under the operative case management deadlines.  As a result of the parties' inability to complete discovery under the current deadlines, the parties will be unable to complete dispositive motions and trial under the operative schedule.  Accordingly, the parties are jointly requesting the brief continuances stated herein below.  This is the first request by any party for any continuance of any deadlines in this action.

2. To elaborate, this is a civil rights case involving allegations of unreasonable search and seizure, excessive use of force, municipality liability, supervisorial liability and malicious prosecution.

3. The parties have timely exchanged initial disclosures.  In July 2014, Defendants served written discovery requests.  After requests for extensions of time, in October 2014, plaintiff has served responses to such requests, including production of certain documents such as medical records.  Plaintiff has not yet noticed or taken any depositions to date.  Plaintiff has not yet served Defendants with any discovery requests.  In October 2014, Defendants have noticed the depositions of plaintiff and a non-party witness for dates in November 2014. However, both plaintiff's counsel and Defendants' counsel have a trial that was initially set for November 11, 2014 that has been continued to December 2, 2014. As a result, due the need to prepare for such trial, and to try such case before the jury, counsel for the parties do not anticipate that the noticed depositions can be taken before the currently operative non-expert discovery cut-off of December 19, 2014.

4. Additionally, discovery in this action has been delayed due to the issue

of the potential substitution and withdrawal of plaintiff's counsel.  Essentially, beginning about mid-August 2014, plaintiffs' counsel of record in this action advised defense counsel that they had been informed that their client was retaining substitute counsel for this matter and that plaintiffs' counsel of record were thus preparing to file a motion to withdraw.  This resulted in a de facto pause in the litigation while Defendants awaited the promised motion for withdrawal by plaintiff's counsel of record.  However, in October 2014, plaintiff's counsel of record then advised Defendants' counsel of record that plaintiff had changed her mind and no longer planned to retain substitute counsel – and thus that plaintiff's counsel of record would not be filing the anticipated withdrawal motion.

5.     The parties have also met and conferred regarding an issue of plaintiff's juvenile court records that have been requested by Defendants in preparation of this trial.  Plaintiff's counsel objected to Defendants initial request and stipulation for the court records and therefore, Defendants filed the appropriate moving papers with the Fresno County Superior Court – Juvenile Division, on October 14, 2014, requesting the release of the records in order to obtain information relevant to the pending claims against Defendants in this matter.  However, Defendants contend that plaintiff's objection has delayed production of records that are necessary to pertinent discovery regarding plaintiff's incident claims, particularly her malicious prosecution claims.  At present, Defendants are awaiting the Fresno Superior Court's findings on the release of juvenile records requested.  Although plaintiff's counsel and Defendants' counsel have further conferred on a stipulation as to the release of the juvenile records as to solely the: (1) transcripts; and (2) charging documents, of plaintiff's juvenile court file that are relevant to the incident at issue in this matter – such a stipulation has not yet been reached, and such is unlikely to be reached in time to permit Defendants to conduct discovery related to such juvenile records before the current operative discovery cut-off.

6.      In light of the above-mentioned issues, the parties hereby stipulate that there is Good Cause here for, and in good faith jointly request that, the Court continue all of the operative case management deadlines in this matter by about 60-90 days in a manner comparable to the specific requests herein after.

///

///

///

**STIPULATION FOR CONTINUANCE & SCHEDULING MODIFICATION.**

7.     Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court issue an Order modifying the operative scheduling order(s) in this case, and the related case management dates and deadlines, along the following lines and/or in a manner comparable to the following proposed amended schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | December 19, 2014 | **March 6, 2015** |
| Expert Disclosures | January 16, 2015 | **April 3, 2015** |
| Rebuttal-Supplemental Expert Disclosures | January 30, 2015 | **April 17, 2015** |
| Expert Discovery Deadline | February 20, 2015 | **May 8, 2015** |
| Non-Dispositive Motion Filing Deadline | February 20, 2015 | **May 8, 2015** |
| Dispositive Motion (MSJ) Filing Deadline | February 27, 2015 | **May 15, 2015** |
| Non-Dispositive Motion Hearing Deadline | March 25, 2015 | **June 10, 2015** |
| Dispositive Motion (MSJ) Hearing Deadline | April 2, 2015 | **June 18, 2015** |
| Settlement Conference | April 13, 2015, 10:30 a.m., Ctrm 9 | **June 29, 2015, 10:30 a.m., Ctrm 9** |
| Final Pre-Trial Conference | May 7, 2015, 8:15 a.m., Ctrm 4 | **July 23, 2015, 8:15 a.m., Ctrm 4** |
| TRIAL | June 9, 2015, 8:30 a.m., Ctrm 4 (7-10 trial days) | **August 24, 2015, 8:30 a.m., Ctrm 4 (7-10 trial days)** |

8.     Nothing in this Stipulation or any associated Order shall be construed as vacating, rescinding, amending, or modifying (in whole or in part) the Court's operative protective order re confidential documents [Dkt. Doc. 16].

///

///

///

5

1    9.    This Stipulation may be signed in counterpart and a facsimile or

2  electronic signature shall be as valid as an original signature.

3    **IT IS SO STIPULATED.**

4  Dated: November 4, 2014          **MANNING & KASS**

5                                                         **ELLROD, RAMIREZ, TRESTER, LLP**

6                                                         By:  /s/ Courtney R. Arbucci

7                                                                Mildred K. O'Linn, Esq.

                                                                    Tony M. Sain, Esq.

8                                                                Courtney R. Arbucci, Esq.

9                                                         Attorneys for Defendants,

                                                            CITY OF FRESNO, CHIEF JERRY DYER,

10                                                       SERGEANT LARRY HUSTEDDE, AND

                                                            OFFICER JEFFREY KAISER

11

12

13  Dated: November 4, 2014          **LAW OFFICES OF VICKI SARMIENTO**

                                                            **AND JORGE GONZALEZ**

14

15                                                       By:  /s/ Vicki Sarmiento

16                                                              Vicki Sarmiento, Esq.

                                                                  Jorge Gonzalez, Esq.

17                                                       Attorneys for Plaintiff,

                                                            IDALIA J. MORGUTIA-JOHNSON

18

19

20

21

22

23

24

25

26

27

28

6

## <u>ORDER FOR MODIFICATION OF SCHEDULING ORDER</u>

The parties do not provide good cause for a wholesale modification to the scheduling order, particularly the trial date.[1]  A modification to the deadlines that can be adjusted without affecting the trial date will be permitted.

IT IS HEREBY ORDERED that:

1.    The Court hereby orders that the Court's scheduling orders of May 12, 2014 is  hereby **modified as follows:**

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | December 19, 2014 | **January 5, 2015** |
| Expert Disclosures | January 16, 2015 | **February 4, 2015** |
| Rebuttal-Supplemental Expert Disclosures | January 30, 2015 | **February 18, 2015** |
| Expert Discovery Deadline | February 20, 2015 | **March 11, 2015** |
| Non-Dispositive Motion Filing Deadline | February 20, 2015 | **March 11, 2015** |
| Dispositive Motion (MSJ) Filing Deadline | February 27, 2015 | **March 18, 2015** |
| Non-Dispositive Motion Hearing Deadline | March 25, 2015 | **April 8, 2015** |
| Dispositive Motion (MSJ) Hearing Deadline | April 2, 2015 | **April 15, 2015** |
| Settlement Conference | April 13, 2015, 10:30 a.m., Ctrm 9 | **No Modification** |
| Final Pre-Trial Conference | May 7, 2015, 8:15 a.m., Ctrm 4 | **May 13, 2015, 8:15 a.m., Ctrm 4** |
| TRIAL | June 9, 2015, 8:30 a.m., Ctrm 4 (7-10 trial days) | **No Modification** |

2.    Nothing in this Order shall be construed as vacating, rescinding,

---

[1] The Magistrate Judges of this Court have less congested dockets than the District Judges and are far more able to accommodate modifications to trial dates where such changes are warranted by good cause.

1  amending, or modifying (in whole or in part) the Court's operative protective order

2  re confidential documents [Dkt. Doc. 27].

3

4  IT IS SO ORDERED.

5
       Dated:   **November 6, 2014**                    **/s/ Sheila K. Oberto**

6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28