# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>       Defendants. | Case No. 1:14-CV-00127 LJO-SKO<br>[*Hon. Lawrence J. O'Neill, D. Judge;*<br>*Hon. Sheila K. Oberto, M. Judge*]<br><br>**STIPULATION OF THE PARTIES AND JOINT REQUEST FOR ORDER CONTINUING AND RESETTING NON-EXPERT DISCOVERY DEADLINE DATE, NOT EFFECTING TRIAL DATE; ORDER**<br><br>Complaint Filed:  01/28/2014<br>Trial Date:       06/09/2015 |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, plaintiff  IDALIA J. MORGUTIA-JOHNSON and defendants CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, AND OFFICER JEFFREY KAISER ("defendants") – the parties – by and through their respective attorneys of record, hereby stipulate for the purpose of jointly requesting that the honorable Court enter an Order continuing, resetting, and modifying the pending case management date as to the Non-Expert Discovery Deadline only, not changing the current trial date (and pursuant to Federal Rules of Civil Procedure 16, 26, and 40, as well as, to the extent applicable, United States District Court, Eastern District of California Local Rule 143, 144, 240, and 281-285) as follows:

1

## **GOOD CAUSE STATEMENT.**

1.     As a result of a trial of another matter involving the same attorneys (Ms. O'Linn and Mr. Gonzales), as well as multiple good faith attempts to schedule depositions of witnesses in this matter, and in light of unanticipated substitution issues for plaintiff that delayed prosecution of the discovery process, the parties have been unable to complete discovery in this case and will not be able to do so under the operative case management deadline that set the non-expert discovery deadline as January 5, 2015.  Defendants have successfully been able to depose plaintiff as well as three other witnesses to the incident, to date.  Defendants have noticed and scheduled two more incident-witness depositions for after the New Year.  Defendants' are also trying to re-schedule a deposition of a non-retained expert witness as to plaintiff's damages in this action.  Further, defendants have attempted to serve three other incident-witnesses for their deposition, but have been unable to do so as a result of obtaining incorrect addresses from plaintiff to date. Further, plaintiff has set the depositions of the defendant-officers for January 6, 2015.  As a result of, the parties will be unable to complete defendants' depositions and incident-witness depositions under the current deadline of January 5, 2015. Accordingly, the parties are jointly requesting a brief, three week continuance as stated herein below that will not affect the trial date.

2.     This is a civil rights case involving allegations of unreasonable search and seizure, excessive use of force, municipality liability, supervisorial liability and malicious prosecution.

3.     The parties timely exchanged initial disclosures.  In July 2014, defendants served written discovery requests.  After requests for extensions of time, in October 2014, plaintiff served responses to such requests, including production of certain documents such as medical records.  Plaintiff has not yet taken any depositions to date.  In November 2014, defendants noticed the depositions of plaintiff and non-party witnesses for dates in December 2014.  To date, defendants

1   have taken four depositions, including that of plaintiff.  Defendants have noticed and

2   anticipate taking further depositions of incident-witnesses and damages-witnesses,

3   however, locating and scheduling those deponents has proved difficult.  Plaintiff has

4   noticed and scheduled the depositions of the defendant-officers taking into

5   consideration their scheduling and availability issues.  The earliest mutually

6   available date is January 6, 2015.

7          4.      Discovery in this action has been delayed in part due to the issue of the

8   potential substitution and anticipated withdrawal of plaintiff's counsel.  Essentially,

9   beginning about mid-August 2014, plaintiffs' counsel of record in this action

10  advised defense counsel that they had been informed that their client was retaining

11  substitute counsel for this matter and that plaintiffs' counsel of record were thus

12  preparing to file a motion to withdraw.  In mid-October 2014, plaintiff's counsel of

13  record advised defendants' counsel of record that it appeared plaintiff had changed

14  her mind and no longer planned to retain substitute counsel – and thus plaintiff's

15  counsel of record would not be filing the anticipated withdrawal motion.

16         5.      The parties have met and conferred regarding an issue of plaintiff's

17  juvenile court records that had been requested by defendants in preparation of this

18  trial.  Plaintiff's counsel intentionally objected to defendants' request and stipulation

19  for the Court records and therefore, defendants filed the appropriate moving papers

20  with the Fresno County Superior Court – Juvenile Division, on October 14, 2014,

21  requesting the release of the records in order to obtain information relevant to the

22  pending claims against defendants in this matter.  That objection delayed production

23  of records that are potentially pertinent to plaintiff's incident claims, particularly her

24  malicious prosecution claims.

25  ///

26         6.      In light of the above-mentioned issues, the parties hereby stipulate that

27  there is Good Cause here for, and in good faith jointly request that, the Court

28  continue the operative case management deadlines as to the non-expert discovery

1   and expert disclosure deadline in this matter by 21 days in a manner comparable to
2   the specific request herein after.
3   ///
4   ///
5   ///

1    **STIPULATION FOR CONTINUANCE & SCHEDULING MODIFICATION.**

2        7.      Accordingly, in light of the foregoing Good Cause, the parties hereby

3    stipulate to and jointly request that the Court issue an Order modifying the operative

4    Scheduling Order in this case, and the related case management dates, specifically to

5    the non-expert discovery deadline, along the following lines and/or in a manner

6    comparable to the following proposed amended schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | January 5, 2015 | **January 26, 2015** |
| Expert Disclosures | January 16, 2015 | **January 26, 2015** |
| Rebuttal-Supplemental Expert Disclosures | February 18, 2015 | **No Modification** |
| Expert Discovery Deadline | March 11, 2015 | **No Modification** |
| Non-Dispositive Motion Filing Deadline | March 11, 2015 | **No Modification** |
| Dispositive Motion (MSJ) Filing Deadline | March 18, 2015 | **No Modification** |
| Non-Dispositive Motion Hearing Deadline | April 8, 2015 | **No Modification** |
| Dispositive Motion (MSJ) Hearing Deadline | April 15, 2015 | **No Modification** |
| Settlement Conference | April 13, 2015, 10:30 a.m., Ctrm 9 | **No Modification** |
| Final Pre-Trial Conference | May 13, 2015, 8:15 a.m., Ctrm 4 | **No Modification** |
| TRIAL | June 9, 2015, 8:30 a.m., Ctrm 4 (7-10 trial days) | **No Modification** |

8.      Nothing in this Stipulation or any associated Order shall be construed

as vacating, rescinding, amending, or modifying (in whole or in part) the Court's

operative protective order re confidential documents [Dkt. Doc. 16].

///

///

///

1      9.    This Stipulation may be signed in counterpart and a facsimile or

2  electronic signature shall be as valid as an original signature.

3      **IT IS SO STIPULATED.**

4  Dated: December 22, 2014      **MANNING & KASS**

                                                **ELLROD, RAMIREZ, TRESTER, LLP**

5

6                                                  By:  /s/ Courtney R. Arbucci

7                                                        Mildred K. O'Linn, Esq.

                                                      Courtney R. Arbucci, Esq.

8                                                Attorneys for Defendants,

9                                                CITY OF FRESNO, CHIEF JERRY DYER,

                                              SERGEANT LARRY HUSTEDDE, AND

10                                              OFFICER JEFFREY KAISER

11

12  Dated: December 22, 2014      **LAW OFFICES OF VICKI SARMIENTO**

                                                **AND JORGE GONZALEZ**

13

14                                                By:  /s/ Jorge Gonzalez

15                                                        Vicki Sarmiento, Esq.

                                                      Jorge Gonzalez, Esq.

16                                                Attorneys for Plaintiff,

17                                              IDALIA J. MORGUTIA-JOHNSON

18

19

20

21

22

23

24

25

26

27

28

### <u>ORDER FOR MODIFICATION OF SCHEDULING ORDER</u>

PURSUANT TO THE STIPULATION OF THE PARTIES, after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court, pursuant to the Court's inherent and statutory powers, including not limited to the applicable provisions of the Federal Rules of Civil Procedure, and all applicable federal laws and Local Rules of the U.S. District Court, Eastern District of California; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1.      The Court hereby orders that the Court's Scheduling Order of November 6, 2014 [Dkt. Doc. 19] and, to the extent applicable, the Court's Standing Order [Dkt. Doc. 3-1] and/or all prior scheduling orders issued in this action, are hereby **modified, continued, and reset** to the following case management schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | January 5, 2015 | **January 26, 2015** |
| Expert Disclosures | January 16, 2015 | **January 26, 2015** |
| Rebuttal-Supplemental Expert Disclosures | February 18, 2015 | **No Modification** |
| Expert Discovery Deadline | March 11, 2015 | **No Modification** |
| Non-Dispositive Motion Filing Deadline | March 11, 2015 | **No Modification** |
| Dispositive Motion (MSJ) Filing Deadline | March 18, 2015 | **No Modification** |
| Non-Dispositive Motion Hearing Deadline | April 8, 2015 | **No Modification** |
| Dispositive Motion (MSJ) Hearing Deadline | April 15, 2015 | **No Modification** |
| Settlement Conference | April 13, 2015, 10:30 a.m., Ctrm 9 | **No Modification** |
| Final Pre-Trial Conference | May 13, 2015, 8:15 a.m., Ctrm 4 | **No Modification** |
| TRIAL | June 9, 2015, 8:30 | **No Modification** |

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| | a.m., Ctrm 4 (7-10 trial days) | |

2.      Nothing in this Order shall be construed as vacating, rescinding, amending, or modifying (in whole or in part) the Court's operative protective order re confidential documents [Dkt. Doc. 27].


IT IS SO ORDERED.

Dated:   **January 6, 2015**                        **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE