1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| IDALIA J. MORGUTIA-JOHNSON,<br><br>                              Plaintiff,<br>     vs.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>                              Defendants. | Case No.:   1:14-CV-00127-LJO-SKO<br><br>**ORDER RE JOINT STIPULATION TO EXTEND EXPERT DESIGNATION AND EXPERT DISCOVERY CUTOFF** |

After consideration of the written Joint Stipulation of Plaintiff and Defendants for an extension of expert designation and expert discovery cutoff, the parties' request is GRANTED. No other deadlines shall be modified.  Given the requested modification, the parties are cautioned that their ability to raise issues related to expert discovery in the context of a non-

dispositive motion may be limited in that the non-dispositive motion filing deadline precedes the expert discovery cutoff.

Accordingly, **IT IS HEREBY ORDERED** that the dates be extended as follows:

| **Description** | **Current Date** | **Extended Date** |
| --- | --- | --- |
| Expert Designation | 01/26/15 | 02/18/15 |
| Rebuttal-Supplemental Expert Designation | 02/18/15 | 03/04/15 |
| Expert Discovery Cutoff | 03/11/15 | 03/18/15 |

IT IS SO ORDERED.

Dated:   **January 30, 2015**            /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE