1  Mildred K. O'Linn (State Bar No. 159055)
    *mko@manningllp.com*
2  Courtney R. Arbucci (State Bar No. 266036)
    *cya@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15ᵗʰ Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants,
   CITY OF FRESNO, CHIEF JERRY
   DYER, SERGEANT LARRY
8  HUSTEDDE, and OFFICER JEFFREY
   KAISER
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>                Defendants. | Case No. 1:14-CV-00127 LJO-SKO<br>[*Hon. Lawrence J. O'Neill, D. Judge; Hon. Sheila K. Oberto, M. Judge*]<br><br>**DECLARATION OF COURTNEY R. ARBUCCI IN SUPPORT OF *EX PARTE* APPLICATION AND MOTION OF DEFENDANTS FOR A COURT ORDER TO COMPEL THE DEPOSITION OF TASHA COLE; EXTEND TIME FOR THE LIMITED PURPOSE OF THE DEPOSITION; SANCTIONS; AND SERVICE BY POSTING ON DOOR OF HOME.**<br><br>Complaint Filed:   01/28/2014<br>Trial Date:          06/09/2015 |

I, Courtney R. Arbucci, state and declare as follows:

        1.     I am an attorney at law duly authorized to practice before all the courts
of the State of California and in all of the United States District Courts within
California.  I am an associate attorney in the law firm of Manning & Kass, Ellrod,
Ramirez, Trester LLP, attorneys of record herein for CITY OF FRESNO, CHIEF

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

1  JERRY DYER, SERGEANT LARRY HUSTEDDE, and OFFICER JEFFREY

2  KAISER (herein after collectively as "Defendants").  If called and sworn as a

3  witness to testify, I am competent to testify and would testify from my own personal

4  knowledge as to the facts set forth in this declaration, except as to those matters that

5  are stated on information and belief.

6      2.    This declaration is made in support of the Ex Parte Application and

7  Motion of Defendants For a Court Order to Compel the Deposition of Tasha Cole,

8  Extend Time to Take the Deposition, Sanctions, and Service by Posting on Door of

9  Home.

10     3.    Attached as Exhibit "A" to this declaration is a true and correct copy of

11 a Declaration of Service by Nationwide Legal, LLC, process server Julie Thornton,

12 which includes a detailed list of the 12 service attempts made by Nationwide Legal

13 LLC prior to the Court Ordered non-expert discovery cut-off of January 26, 2015.

14 Service dates range from January 14, 2015 through January 22, 2015.

15     4.    Attached as Exhibit "B" to this declaration is a true and correct copy of

16 a File Memorandum from Manning & Kass, Ellrod, Ramirez, Trester, LLP Paralegal

17 Christina V. Medina dated January 19, 2015, outlining her telephone

18 communications with incident-witness Tasha Cole regarding her agreement to

19 accept service of the deposition subpoena and attend her deposition of January 23,

20 2015.

21     5.    Attached as Exhibit "C" to this declaration is a true and correct copy of

22 the January 23, 2015, Statement of Non Appearance of Tasha Cole.  In this

23 transcript, I outline the multiple service attempts and communications between

24 Tasha Cole and paralegal, Christina V. Medina, as well as the telephone

25 communications between a male who answered her telephone and myself on the

26 morning of the deposition.

27     6.    Attached as Exhibit "D" to this declaration is a true and correct copy of

28 the February 24, 2015, report generated by defendants' retained private investigator,

1   Craig Thomas, which lists all service attempts, surveillance and communications

2   with the Cole residence including the service of Ms. Tasha Cole which took place

3   on Monday February 23, 2015 at 2:23 p.m.

4           7.      On February 23, 2015, approximately 30 minutes after being notified of

5   Tasha Cole being served, I called plaintiff's counsel, Vicki Sarmiento's office and

6   spoke with her legal assistant, Joana Fregoso.  At that time, I told Ms. Fregoso that

7   Tasha Cole had been served and defendants would like to take her deposition on

8   February 27, 2015, pursuant to a joint stipulation to extend non-expert discovery as

9   to that matter only.  Ms. Fregoso indicated she would relay that information to

10  plaintiff's counsel as she was out of the office.

11          8.      Attached as Exhibit "E" to this declaration is a true and correct copy of

12  an e-mail dated February 23, 2015, at 3:08 p.m., in which I followed up with

13  plaintiff's counsel after having a telephone conference with, Joana Fregoso,

14  regarding defendants' meet and confer attempt to request a stipulation that Tasha

15  Cole's deposition go forward on February 27, 2015, and the non-expert discovery

16  cut-off be re-opened solely for that purpose.

17          9.      Attached as Exhibit "F" to this declaration is a true and correct copy of

18  an e-mail dated February 23, 2015, at 4:41 p.m. from plaintiff's counsel, Vicki

19  Sarmiento, denying defendants' request for stipulation as to the deposition of Tasha

20  Cole.

21          10.     Attached as Exhibit "G" to this declaration is a true and correct copy of

22  an e-mail dated February 23, 2015, at 5:17 p.m. in which I further attempted to meet

23  and confer with plaintiff's counsel regarding defendants' request for stipulation to

24  take the deposition of Tasha Cole on February 27, 2015, or in the alternative, to seek

25  ex parte relief from the Court.

26          11.     Attached as Exhibit "H" to this declaration is a true and correct copy of

27  an email dated February 23, 2015, at 5:21 p.m. from plaintiff's counsel, Vicki

28  Sarmiento, responding to my email that defendants' could not go forward with the

deposition of Tasha Cole without Court Order as it would violate the current Order regarding non-expert discovery cut-off.

12.     On February 24, 2015, I filed an *Ex Parte* Application and Motion of the Defendants to Take the Deposition of Tasha Cole on February 27, 2015, and to Re-Open Non-Expert Discovery for that Limited Purpose with this Court.  A true and correct copy is attached as Exhibit "I."

13.     On February 26, 2015, the Court held an informal telephonic discovery dispute conference regarding defendants *ex parte* application.  At that time, Vicki Sarmiento, Esq., appeared on behalf of plaintiff and discussed with the Court plaintiff's position.  After hearing arguments from both parties, the Court found good cause to re-open discovery for the limited purpose of taking the deposition of Tasha Cole on March 3, 2015, at 10:00 a.m.  Attached hereto as Exhibit "J" is a true and correct copy of the Court's Minute Orders.

14.     On February 26, 2015, at 5:00 p.m., defendants' served Tasha Cole with Notice of Tasha Cole's Deposition for March 3, 2015 while she was sitting in her vehicle.  Attached as Exhibit "K" is a true and correct copy of the Proof of Service.

15.     On March 3, 2015, at 10:00 a.m., I was present at Huseby Court Reporting in Fresno, California, along with Jorge Gonzalez, Esq., and Sgt Larry Hustedde for the deposition of Tasha Cole.  Tasha Cole did not appear.  I waited with the Court Reporter, Jorge Gonzalez, Esq., and Sgt. Larry Hustedde until 11:00 a.m. for Tasha Cole to appear for her deposition.  She failed to appear and at 11:00 a.m., on the record, I took notice of  non-appearance by the witness and requested a Certificate of Non-Appearance by the Court Reporter.  Attached hereto as Exhibit "L" is a true and correct copy of the deposition transcript as well as the certificate of non-appearance.

16.     On March 4, 2015, defendants had a messenger service take a letter to Tasha Cole's residence in Fresno, California, providing notice of defendants intent to seek contempt sanctions against Tasha Cole should she not contact defendants

counsel prior to 4:00 p.m. on March 6, 2015, providing an acknowledgment of service and promise to appear for her deposition. Attached hereto as Exhibit "L" is a true and correct copy of the letter that was left at Tasha Coles personal residence on March 4, 2015. Attached hereto as Exhibit "M" is a true and correct copy of the delivery confirmation by Nationwide Legal, LLC, of defendants letter being placed in Tasha Cole's mailbox at her residence.

17.   As of today, March 6, 2015 at 4:00 p.m., we have not received word from Tasha Cole providing an acknowledgment of service, and promise to appear for her deposition.

18. As a result of Tasha Cole failing to appear, my client has incurred approximately over $8,000.00 in fees and expenses for subpoena services, private investigator services, Court Reporting Services, attorneys to travel to Fresno and appear in Fresno on at least two separate occasions (January 26, 2015 and March 3, 2015) in which Tasha Cole was to appear for a deposition and failed to do so. Attached hereto as exhibit "N" are true and correct copies of the invoices to represent the costs incurred by defendants to date to depose Tasha Cole.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of March, 2015 at Los Angeles, California.


                                          /s/ Courtney R. Arbucci
                                        Courtney R. Arbucci

EXHIBIT "A"

| COURTNEY R. ARBUCCI<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP<br>801 S. FIGUEROA STREET, 15TH FLOOR   LOS ANGELES, CA 90017<br>Attorney For: Defendant | SBN: 266036 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (213) 624-6900          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , CA<br>BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA | |

| PLAINTIFF (name each): IDALIA J. MORGUTIA-JOHNSON<br>DEFENDANT (name each): CITY OF FRESNO, ET AL. | CASE NUMBER:<br>1:14-CV-00127-LJO-SKO |
|---|---|

| PROOF OF DELIVERY | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>2254-45912 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF TASHA COLE

NAME OF PARTY: **TASHA COLE**

DELIVERED TO: **DOCUMENTS POST IT AT THE FRONT DOOR ·**

DATE & TIME OF DELIVERY: **01/22/2015**
**06:31 pm**

ADDRESS, CITY, AND STATE:
**1512 N. PACIFIC AVE.**
**FRESNO, CA 93728**

MANNER OF SERVICE:
Service was made by delivery to the party's residence between the hours of eight in the morning and six in the evening, by leaving the notice or other papers with some person of not less than 18 years of age; or if some person of not less than 18 years of age could not be found at the time of the attempted service between those hours, the notice or papers were served by mail. If the party's residence is not known, the notice or other papers were served by delivery to the clerk of the court, or the judge if there is no clerk, for the party. F.R.C.P. 5(a)(b)(2)(a).

Fee for Service: $ 670.00
County: FRESNO
Registration No.: S20111000021
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
Ref: 2254-45912

I declare under penalty of perjury under the laws of The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 26, 2015

Signature: _____
JULIE THORNTON

**PROOF OF HAND DELIVERY**          Order#: 717805AM/DROPSERVE

| Attorney or Party without Attorney:<br>COURTNEY R. ARBUCCI, SBN: 268036<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP<br>801 S. FIGUEROA STREET, 15TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE No.: (213) 624-6900        FAX No. (Optional):<br>Attorney for: Defendant | FOR COURT USE ONLY |
|---|---|
| E-MAIL ADDRESS (Optional): | |
| Ref No. or File No.:<br>2254-45912 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA |
| Plaintiff: IDALIA J. MORGUTIA-JOHNSON |
| Defendant: CITY OF FRESNO, ET AL. |

| AFFIDAVIT OF<br>DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:14-CV-00127-LJO-SKO |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **TASHA COLE**

Documents: **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF TASHA COLE**

| Date | Time | Location | Results |
|---|---|---|---|
| 01/14/2015 | 06:01 pm | Home | GIVEN ADDRESS IS A RESIDENCE. THERE WAS NO RESPONSE AT THE DOOR. THE LIGHTS AND TV ARE ON INSIDE. NO CARS ARE IN THE DRIVEWAY. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/15/2015 | 07:49 am | Home | THERE WAS NO ANSWER AT THE DOOR, NO ACTIVITY SEEN OR HEARD WITHIN THE PREMISES. NO CARS IN THE DRIVEWAY. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/16/2015 | 07:49 am | Home | THERE WAS NO ANSWER AT THE DOOR, NO ACTIVITY SEEN OR HEARD WITHIN THE PREMISES. THE HOUSE WAS DARK. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/17/2015 | 01:13 pm | Home | THERE WAS NO ANSWER AT THE DOOR, NO ACTIVITY WAS SEEN OR HEARD WITHIN THE PREMISES. NO CARS IN THE DRIVEWAY. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/18/2015 | 09:42 am | Home | THERE WAS NO ANSWER AT THE DOOR, NO ACTIVITY SEEN OR HEARD WITHIN THE PREMISES. NO CARS IN THE DRIVEWAY. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/19/2015 | 11:28 am | Home | PER MALE OCCUPANT (CAUCASIAN, MALE, 19 YEARS OLD), THE SUBJECT WAS NOT HOME AT THE MOMENT. I LEFT MY CONTACT INFORMATION. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/19/2015 | 12:44 pm | Home | I RECEIVED A PHONE CALL FROM THE SUBJECT WHO STATED THAT SHE WAS NOT AWARE OF THIS CASE. I GAVE HER THE ATTORNEY'S NAME AND CONTACT INFORMATION SO SHE COULD CALL AND GET CLARIFICATION. SHE CALLED ME FROM (704) 907-1240. I RECEIVED A CALL FROM MANNING & KASS. THEY STATED THAT THE SUBJECT IS WILLING TO ACCEPT SERVICE AND TO GO SERVE HER AT 4PM. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |

**Continued on Next Page**

**AFFIDAVIT OF DUE DILIGENCE**

Order#: 717805AM/DilFormat.mdl

| Attorney or Party without Attorney:<br>COURTNEY R. ARBUCCI, SBN: 266036<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP<br>801 S. FIGUEROA STREET, 15TH FLOOR<br>LOS ANGELES, CA 90017<br>TELEPHONE No.: (213) 624-6900 | | FOR COURT USE ONLY |
|---|---|---|
| FAX No. (Optional): | E-MAIL ADDRESS (Optional): | |
| Attorney for: Defendant | | |
| | Ref No. or File No.:<br>2254-45912 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

Plaintiff: IDALIA J. MORGUTIA-JOHNSON

Defendant: CITY OF FRESNO, ET AL.

| AFFIDAVIT OF<br>DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:14-CV-00127-LJO-SKO |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **TASHA COLE**

Documents: **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF TASHA COLE**

| Date | Time | Location | Results |
|---|---|---|---|
| | | | **Continued from Previous Page** |
| 01/19/2015 | 02:50 pm | Home | I WAS IN THE AREA SO I CALLED THE SUBJECT TO SEE IF SHE WAS HOME. HER HUSBAND ANSWERED AND SAID THAT THE SUBJECT DOES NOT KNOW ANYTHING ABOUT THIS CASE. I INFORMED HIM THAT THE SUBJECT CALLED THE ATTORNEY AND SAID SHE WAS WILLING TO ACCEPT SERVICE. HE STATED THAT HE WAS DOWN THE STREET FROM HOME. HE WAS GOING TO TALK TO HER ABOUT THIS AND HAVE HER CALL ME. (HE SEEMED UPSET) at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/19/2015 | 04:05 pm | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY SEEN OR HEARD WITHIN THE PREMISES. I STILL HAVE NOT RECEIVED A PHONE CALL BACK FROM THE SUBJECT. I CALLED HER AGAIN AND SOMEONE SENT ME TO VOICE MAIL AFTER ONE RING. I LEFT VOICE MAIL. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/20/2015 | 08:16 am | Home | THERE WAS NO ANSWER AT THE DOOR AND THE TV WAS ON INSIDE. THERE WAS A CAR IN DRIVEWAY. IT SEEMS LIKE THE SUBJECT IS EVADING SERVICE. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/21/2015 | 07:06 pm | Home | THERE WAS NO ANSWER AT THE DOOR AND THE LIGHT WAS ON INSIDE. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |
| 01/22/2015 | 06:31 pm | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY OBSERVED. I POST THE DOCUMENTS AT THE DOOR PER CLIENT'S SEPECIFIC INSTRUCTIONS. at: 1512 N. PACIFIC AVE., FRESNO, CA 93728 |

Fee for Service:
County: **FRESNO**
Registration No.: S20111000021
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **January 26, 2015.**

Signature: _JULIE THORNTON_

**AFFIDAVIT OF DUE DILIGENCE**

Order#: 717805AM/DilFormat.mdl

EXHIBIT "B"

# MANNING&KASS
## ELLROD, RAMIREZ, TRESTER LLP
#### ATTORNEYS AT LAW

## MEMORANDUM

TO:          File

FROM:        Christina Medina

DATE:        January 19, 2015

RE:          **Idalia Morgutia-Johnson v. City Fresno, et al**
             **File No.: 2254-045912**

### Telephone Communications between MKERT and Witness Tasha Cole

**01/19/15     2:18 pm**     Today I Christina V. Medina, Paralegal of the law office of Manning & Kass, Ellrod, Ramirez, Trester, LLP, received a telephone call from a private number, the caller identified herself as Tasha Cole, she said a girl by the name of Julie went to her house and spoke with her son and told him that said she had a subpoena she was trying to serve her. She asked what the subpoena was for, I told her that her name was listed as a witness to the incident which occurred on 08/24/10 at the Big Mama's Grill. Ms. Cole said she was familiar with Big Mama's Grill and the it was no longer called Big Mama's Grill. She asked for incident information I told her that the plaintiff at the time of the incident was a student at Hoover High, Ms. Cole said that her son currently attends Hoover High. She said she did not who the plaintiff was and she explained that she was a 37 year old woman and did not know this high school student named Idalia Morgutia-Johnson. She said I think you guys have the wrong person. I asked her if she would be willing to accept service of the subpoena and come to the deposition where she could tell us the exact same thing which is that she did not have any incident knowledge. She said yes she would be willing to accept service from Julie and she would come to the deposition to tell us she did not know anything. I asked her what time she would like the server to return to her home and she said she was going to the market and that she would talk with the server by phone. I asked her if she could provide me with a telephone number for the server and she gave me the number of 559-900-6208. The call ended and I immediately called her back to verify the number and Ms. Cole did answer the phone. I told her I gave her number to the server and she should be expecting a telephone call shortly. I thanked her for her assistance with the matter and the call ended.

EXHIBIT "C"

IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.
Tasha Cole on 01/23/2015                                    Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF CALIFORNIA

 3

 4

 5    _____
                                  )
 6    IDALIA J. MORGUTIA-JOHNSON, )
                                  )
 7              Plaintiff,        )
                                  )
 8         vs.                    )  Case No. 1:14-CV000127
                                  )  LJO-SKO
 9    CITY OF FRESNO, CHIEF JERRY )
      DYER, SERGEANT LARRY        )
10    HUSTEDDE, OFFICER JEFFREY   )
      KAISER, and DOES 1 to 10,   )
11                                )
                Defendants.       )
12    _____)

13

14

15

16              STATEMENT OF NON APPEARANCE

17

18

19

20    DATE:        JANUARY 23, 2015 (FRIDAY)

21    TIME:        9:11 a.m.

22    LOCATION:    HUSEBY COURT REPORTING
                   7815 N. Palm Avenue
23                 Fresno, CA 93711

24    REPORTER:    RENEE FLEMING, CSR
                   Certified Shorthand Reporter #13847
25
```

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
**Tasha Cole on 01/23/2015**                                    **Page 2**

```
 1                    I N D E X

 2   STATEMENT OF NON APPEARANCE BY:              PAGE

 3   Courtney R. Arbucci, Esq.........................4

 4

 5

 6   Appearance Page..................................3

 7   Exhibit Page.................................None

 8   Certified Questions..........................None

 9   Reporter's Certificate Page......................7

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2

 3     FOR THE DEFENDANT:      MANNING & KASS ELLROD, RAMIREZ,
                               TRESTER LLP
 4                             Attorney at Law
                               801 South Figueroa Street
 5                             15th floor at 801 Tower
                               Los Angeles, CA 90017
 6
                               PHONE:  (213) 624-6900
 7                             FAX:  (213) 624-6999
                               E-MAIL:  Cya@manningllp.com
 8
                               BY: Courtney R. Arbucci, Esq.
 9

10     ALSO PRESENT:           Monica de Leon
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
**Tasha Cole on 01/23/2015**                                          Page 4

```
1                 STATEMENT OF NON APPEARANCE

2

3              BY COURTNEY R. ARBUCCI, ESQ.

4         It is January 23rd, 2015, at approximately

5    9:09 a.m.  This is Courtney Arbucci on the record,

6    present for defendants as well as accompanied by Monica

7    de Leon, also present for the defendants.  On

8    January 22nd, 2015, the Office of Manning and Kass as

9    well as our process servers attempted service on a Tasha

10   Cole on January 19th, 2015.  Specifically at 2:18 p.m.,

11   Tasha Cole contacted paralegal Christina Medina from the

12   Offices of Manning and Kass and stated she would accept

13   service and meet our process server at 4:00 p.m.  Then

14   again on January 19th, 2015, at 2:22 p.m., Tasha Cole

15   spoke to Christina Medina of our office and again

16   confirmed she would accept service and meet the process

17   server at 4:00 p.m.  On January 19th, 2015, at 4:00 p.m.

18   the witness did not meet the process server.  The

19   process server at that point stated to our office that

20   they would attempt service again.  On Thursday

21   January 22nd, 2015, at 11:47 a.m., the process server

22   said and wrote an e-mail to Manning and Kass that they

23   would go back and post the subpoena and the notice of

24   the deposition on Tasha Cole's door and call her to

25   inform her that she -- due to previous conversations and
```

IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.

Tasha Cole on 01/23/2015                                    Page 5

1  agreements to meet and serve, that she would be

2  considered served.  On today's date of January 23rd at

3  9:09 a.m., Courtney Arbucci for the defense contacted

4  Tasha Cole via her cell phone number that was provided

5  to us.  And at that time Tasha Cole's husband answers

6  the phone and stated to Courtney Arbucci that she had

7  nothing to do with the incident, she didn't see nothing,

8  and she wouldn't be showing up.  And then with vulgarity

9  stated that she didn't want to be disrespectful, but she

10  had nothing to do with this and wouldn't be showing up.

11  After Mr. Cole hung up on me, I returned the phone call

12  and informed Mr. Cole that Tasha had been served and was

13  willing -- and accepted service and she needed to appear

14  for her deposition and state, even if she didn't see

15  anything, that she didn't see anything.  At that point,

16  Mr. Cole hung up on me.  So we will wait 15 minutes in

17  hopes that Mrs. Cole arrives; and if not, we will take a

18  notice of nonappearance at that point.  Off the record.

19          (Whereupon, a short recess was taken.)

20          MRS. ARBUCCI:  Back on the record.  Present for

21  defendant, again, is Courtney Arbucci and Monica de

22  Leon.  Previously, Dale Galipo called in for the

23  deposition on behalf of the plaintiff and where to call

24  him back if she arrived.  It is now 9:30.  Plaintiff --

25  I'm sorry.  Witness has not arrived for the deposition.

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
**Tasha Cole on 01/23/2015**                                    Page 6

```
 1   Further, we are also aware that at 6:31 p.m. yesterday,

 2   the process server left and taped the notice of her

 3   deposition on her front doorstep, and it is our

 4   understanding that she received the notice.  At this

 5   point, we're going to do a notice of nonappearance.  The

 6   witness has not appeared, and we're going to conclude

 7   this deposition at this time.

 8           (Whereupon, statement of nonappearance

 9           concluded at 9:30 a.m.)

10                   --o0o--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    STATE OF CALIFORNIA       )
                                ) ss
 2    COUNTY OF SAN JOAQUIN     )

 3

 4            The witness, TASHA COLE, in the foregoing
      deposition appeared before me, Renee Fleming, a
 5    Certified Shorthand Reporter in and for the State of
      California.
 6            Said witness was then and there at the time and
      place previously stated, by me placed under oath to tell
 7    the truth, the whole truth and nothing but the truth in
      the testimony given on the date of the within
 8    deposition.

 9            The testimony of the witness and all questions
      and remarks requested by Counsel and reported
10    thereafter, under my direction and control, caused to be
      transcribed into typewritten form by means of
11    Computer-Aided Transcription.

12            I am a Certified Shorthand Reporter licensed by
      the State of California.  I further certify that I am
13    not of counsel or attorney for either or any of the
      parties to the case named in the within caption, and
14    that I am not related to any party thereto.

15            IN WITNESS WHEREOF, I have hereunto affixed my
      signature this 5th day of February, 2015.

16

17

18

19    _____
      Renee Fleming, CSR
20    Certified Shorthand Reporter #13847

21

22

23

24

25
```

Case 1:14-cv-00127-LJO-SKO   Document 31-1   Filed 03/06/15   Page 20 of 83
IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.
Tasha Cole on 01/23/2015                    Index: --o0o--..Galipo

9:30   5:24
       6:9

**-**

--o0o--   6:10

**1**

11:47   4:21

15   5:16

19th   4:10,
  14,17

**2**

2015   4:4,8,
  10,14,17,
  21

22nd   4:8,21

23rd   4:4
  5:2

2:18   4:10

2:22   4:14

**4**

4:00   4:13,
  17

**6**

6:31   6:1

**9**

9:09   4:5
  5:3

**A**

a.m.   4:5,21
  5:3  6:9

accept   4:12,
  16

accepted
  5:13

accompanied
  4:6

agreements
  5:1

answers   5:5

APPEARANCE
  4:1

appeared   6:6

approximately
  4:4

Arbucci   4:3,
  5  5:3,6,
  20,21

arrived
  5:24,25

arrives   5:17

attempt   4:20

attempted
  4:9

aware   6:1

**B**

back   4:23
  5:20,24

behalf   5:23

**C**

call   4:24
  5:11,23

called   5:22

cell   5:4

Christina
  4:11,15

Cole   4:10,
  11,14  5:4,
  11,12,16,
  17

Cole's   4:24
  5:5

conclude   6:6

concluded
  6:9

confirmed
  4:16

considered
  5:2

contacted
  4:11  5:3

conversations
  4:25

Courtney
  4:3,5  5:3,

6,21

**D**

Dale   5:22

date   5:2

de   4:7  5:21

defendant
  5:21

defendants
  4:6,7

defense   5:3

deposition
  4:24  5:14,
  23,25  6:3,
  7

disrespectful
  5:9

door   4:24

doorstep   6:3

due   4:25

**E**

e-mail   4:22

ESQ   4:3

**F**

front   6:3

**G**

Galipo   5:22

Case 1:14-cv-00127-LJO-SKO   Document 31-1   Filed 03/06/15   Page 21 of 83
IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.
Tasha Cole on 01/23/2015          Index: hopes..understanding

**H**

hopes   5:17

hung   5:11,
  16

husband   5:5

**I**

incident   5:7

inform   4:25

informed
  5:12

**J**

January   4:4,
  8,10,14,
  17,21 5:2

**K**

Kass   4:8,
  12,22

**L**

left   6:2

Leon   4:7
  5:22

**M**

Manning   4:8,
  12,22

Medina   4:11,

15

meet   4:13,
  16,18 5:1

minutes   5:16

Monica   4:6
  5:21

**N**

needed   5:13

nonappearance
  5:18 6:5,8

notice   4:23
  5:18 6:2,
  4,5

number   5:4

**O**

office   4:8,
  15,19

Offices   4:12

**P**

p.m.   4:10,
  13,14,17
  6:1

paralegal
  4:11

phone   5:4,6,
  11

plaintiff
  5:23,24

point   4:19
  5:15,18
  6:5

post   4:23

present   4:6,
  7 5:20

previous
  4:25

Previously
  5:22

process   4:9,
  13,16,18,
  19,21 6:2

provided   5:4

**R**

received   6:4

recess   5:19

record   4:5
  5:18,20

returned
  5:11

**S**

serve   5:1

served   5:2,
  12

server   4:13,
  17,18,19,
  21 6:2

servers   4:9

service   4:9,
  13,16,20
  5:13

short   5:19

showing   5:8,
  10

Specifically
  4:10

spoke   4:15

state   5:14

stated   4:12,
  19 5:6,9

statement
  4:1 6:8

subpoena
  4:23

**T**

taped   6:2

Tasha   4:9,
  11,14,24
  5:4,5,12

Thursday
  4:20

time   5:5
  6:7

today's   5:2

**U**

understanding
  6:4

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
Tasha Cole on 01/23/2015                    Index: vulgarity..yesterday

---

### V

**vulgarity**
   5:8

---

### W

**wait**   5:16

**wrote**   4:22

---

### Y

**yesterday**
   6:1

EXHIBIT "D"



**OLIVER·THOMAS**
**PIERCE & PATTY**
ADJUSTERS·INVESTIGATORS

ADJ 2H38443
PI 28287

February 24, 2015

Christina V. Medina
Manning & Kass, Ellrod, Ramirez,
      Tester, LLP
801 S. Figueroa St., #15th Fl.
Los Angeles, CA   90017

      RE:  Morgutia-Johnson v City of Fresno Police Department
           Our file #: FR032339

Dear Ms. Medina:

The following are our attempts to serve a personal appearance
subpoena on Tasha Cole.


Friday, February 20, 2015
9:20 a.m.
1512 N. Pacific, Fresno CA

Service was attempted at the Pacific address and we were
confronted by a black male who claimed we woke him up and that
no one by the name of Tasha lived there and it was the Young
residence. He held a large German shepherd by the collar at
front door while it barked. He then stated if we return he would
sic his dog on us. Please note the prior background report did
list a Dell Young and Tasha Young as living at the Pacific
address.


Friday, February 20, 2015
12:34 p.m.
4721 E. McKinley Ave, #201

This apartment was vacant.


**9493 NORTH FORT WASHINGTON ROAD, SUITE 102**
**FRESNO, CALIFORNIA 93730-0660**
**(559) 435-3940        FAX 435-2119**

*INVESTIGATORS ❖ ADJUSTERS ❖ DOCUMENT IMAGING*

Christina V. Medina
February 24, 2015
Page 2

Monday, February 24, 2015
7:20 a.m. through 2:24 p.m.
1512 N. Pacific, Fresno, CA

At 7:20 a.m. our field agents waited down the street from this address. We observed a 1990 tan sedan driven by a teenager departing the residence at 7:40 a.m.

At 7:50 a.m. an early 2000's model dark blue Hyundai Sonata driven by an older black male with an unidentified female as a passenger departed the residence.

At 10:35 a.m. the dark blue Hyundai Sonata returned to the residence and pulled into the driveway.

At 1:45 p.m. the Hyundai Sonata departed the residence driven by an unidentified female. We followed the vehicle and we lost visual contact due to traffic. We returned to the vicinity of the residence.

At 2:00 p.m. our field agents walked to the door of the residence, knocked on the door and overheard a male voice say, "Don't come in." The field agents returned to the vehicle realizing the male was still in the residence.

At 2:23 p.m. our field agents observed the Hyundai Sonata return to the residence and pull into the driveway. At this time Tasha Cole was identified as the driver. Our field agent, Cameron Menser, walked to the driver's side of the vehicle and tapped on the window. Tasha Cole rolled down the window and our field agent asked if she was Tasha Cole Young. She said, "Nope, that's not me. Knock on the door and ask him for that name." Our field agent said he knew she was Tasha. At that point she began rolling up the window and our field agent dropped the subpoena through the driver's side window and into her lap at 2:24 p.m. Our field agents left the area while Tasha Cole remained in the vehicle.

Sincerely,

OLIVER, THOMAS, PIERCE & PATTY
INVESTIGATIONS

Craig A. Thomas

EXHIBIT "E"

**Christina Medina**

| | |
|---|---|
| **From:** | Courtney Arbucci |
| **Sent:** | Monday, February 23, 2015 3:08 PM |
| **To:** | Vicki Sarmiento; jfregoso@vis-law.com; 'jggorgeous@aol.com' |
| **Cc:** | Christina Medina; Courtney Arbucci; Delia Flores; Missy O'Linn |
| **Subject:** | Re: M-Johnson (PC) Deposition of Tasha Cole |

Good Afternoon Vicki and Jorge,

I just got off the phone with Joana at Vicki's office and wanted to follow up with a brief email.

We received notice that our private investigator served incident-witness Tasha Cole within the past half hour. As you may recall, we had previously attempted to serve her and had spoken with her regarding her deposition that was set for January 23, 2015 at 9:00 a.m. Tasha did not appear for that deposition.

Tasha Cole was just served with another deposition notice for February 27, 2015, at 9:00 a.m. We are requesting that all parties may stipulate that her deposition is not objectionable under the discovery cut-off as she was previously served notice of her deposition being taken and failed to appear so her deposition may go forward on Friday, February 27, 2015.

Please feel free to contact me at your earliest convenience regarding this matter. I know Jorge has been involved in trial and wanted to touch base with you both to let you know this information as soon as possible.

Thank you,

Courtney Arbucci

Courtney Robinson Arbucci, Esq.
Manning & Kass
Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, CA 90017
213-624-6900



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester

EXHIBIT "F"

**Christina Medina**

| | |
|---|---|
| **From:** | Vicki Sarmiento <vsarmiento@vis-law.com> |
| **Sent:** | Monday, February 23, 2015 4:41 PM |
| **To:** | Courtney Arbucci |
| **Cc:** | Christina Medina; Delia Flores; Missy O'Linn; 'jggorgeous@aol.com'; jfregoso@vis-law.com |
| **Subject:** | RE: M-Johnson (PC) Deposition of Tasha Cole |

Dear Courtney:  Unfortunately, we cannot stipulate to the taking of Ms. Cole's deposition beyond the discovery cut-off.  Defendants had plenty of time to set Ms. Cole's deposition early in the process and time to move to compel her deposition within the discovery cutoff deadline but failed to do so.   Defendants knew of Ms. Cole's identify at the inception of the case and she is not someone that was recently discovered.  Under these circumstances, we are unable to stipulate.

Very truly yours,

Vicki I. Sarmiento

 Law Offices of
Vicki I. Sarmiento

333 N. Garfield Ave.
Alhambra, CA 91801
vsarmiento@vis-law.com
(626) 308-1171 - telephone
(626) 308-1101 - facsimile

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 626-308-1171 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.

---

**From:** Courtney Arbucci [mailto:cya@manningllp.com]
**Sent:** Monday, February 23, 2015 3:08 PM
**To:** Vicki Sarmiento; jfregoso@vis-law.com; 'jggorgeous@aol.com'
**Cc:** Christina Medina; Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** Re: M-Johnson (PC) Deposition of Tasha Cole

Good Afternoon Vicki and Jorge,

I just got off the phone with Joana at Vicki's office and wanted to follow up with a brief email.

We received notice  that our private investigator served incident-witness Tasha Cole within the past half hour.  As you may recall, we had previously attempted to serve her and had spoken with her regarding her deposition that was set for January 23, 2015 at 9:00 a.m.  Tasha did not appear for that deposition.

Tasha Cole was just served with another deposition notice for February 27, 2015, at 9:00 a.m.  We are requesting that all parties may stipulate that her deposition is not objectionable under the discovery cut-off as she was previously served

1

notice of her deposition being taken and failed to appear so her deposition may go forward on Friday, February 27, 2015.

Please feel free to contact me at your earliest convenience regarding this matter.  I know Jorge has been involved in trial and wanted to touch base with you both to let you know this information as soon as possible.

Thank you,

Courtney Arbucci

Courtney Robinson Arbucci, Esq.
Manning & Kass
Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, CA  90017
213-624-6900



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer.  Thank you.  Manning & Kass, Ellrod, Ramirez, Trester

EXHIBIT "G"

**Christina Medina**

| | |
|---|---|
| **From:** | Courtney Arbucci |
| **Sent:** | Monday, February 23, 2015 5:17 PM |
| **To:** | Vicki Sarmiento |
| **Cc:** | Christina Medina; Delia Flores; Missy O'Linn; 'jggorgeous@aol.com'; jfregoso@vis-law.com; Sidney Lanier |
| **Subject:** | RE: M-Johnson (PC) Deposition of Tasha Cole |

Vicki:

Just to be clear, we are only seeking a joint request for an order to extend the time to complete Ms. Cole's deposition.  We are seeking a Rule 29-compliant stipulation.  Not, a Rule 20-violative stipulation.

Please recall, we made multiple attempts to serve Ms. Cole prior to the non-expert discovery cut-off date.  Ms. Cole was in contact with our paralegal and the process server entity and told both parties she was willing to accept service on a specific date and time.  When the process server went to provide service she failed to appear.  She was notified of the date of the deposition and had initially indicated she would appear.  Notice was left on her front door as well after she failed to appear to be served.  She then stopped answering her cell phone only to allow her husband to do so and verbally harass parties who contacted that number.  This is all outline in the Deposition Transcript of Tasha Cole in which I made a record of the multiple attempts of service and of the non-appearance.

Please advise if you are still of the position that you will not agree to the Rule 29 stipulation as to ONLY allow the deposition of Ms. Cole to go forward on the date noticed.

Defendants reserve the right to seek ex parte relief in the alternative.

Best,

Courtney Arbucci

Courtney Robinson Arbucci, Esq.
Manning & Kass
Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, CA  90017
213-624-6900



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error,

please notify us immediately by replying to the message and deleting the material from your computer.  Thank you.  Manning & Kass, Ellrod, Ramirez, Trester

---

**From:** Vicki Sarmiento [mailto:vsarmiento@vis-law.com]
**Sent:** Monday, February 23, 2015 4:41 PM
**To:** Courtney Arbucci
**Cc:** Christina Medina; Delia Flores; Missy O'Linn; 'jggorgeous@aol.com'; jfregoso@vis-law.com
**Subject:** RE: M-Johnson (PC) Deposition of Tasha Cole

Dear Courtney:  Unfortunately, we cannot stipulate to the taking of Ms. Cole's deposition beyond the discovery cut-off.  Defendants had plenty of time to set Ms. Cole's deposition early in the process and time to move to compel her deposition within the discovery cutoff deadline but failed to do so.   Defendants knew of Ms. Cole's identify at the inception of the case and she is not someone that was recently discovered.  Under these circumstances, we are unable to stipulate.

Very truly yours,

Vicki I. Sarmiento



Law Offices of
VICKI I. SARMIENTO
333 N. Garfield Ave.
Alhambra, CA 91801
vsarmiento@vis-law.com
(626) 308-1171 - telephone
(626) 308-1101 - facsimile

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 626-308-1171 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.

---

**From:** Courtney Arbucci [mailto:cya@manningllp.com]
**Sent:** Monday, February 23, 2015 3:08 PM
**To:** Vicki Sarmiento; jfregoso@vis-law.com; 'jggorgeous@aol.com'
**Cc:** Christina Medina; Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** Re: M-Johnson (PC) Deposition of Tasha Cole

Good Afternoon Vicki and Jorge,

I just got off the phone with Joana at Vicki's office and wanted to follow up with a brief email.

We received notice  that our private investigator served incident-witness Tasha Cole within the past half hour.  As you may recall, we had previously attempted to serve her and had spoken with her regarding her deposition that was set for January 23, 2015 at 9:00 a.m.  Tasha did not appear for that deposition.

Tasha Cole was just served with another deposition notice for February 27, 2015, at 9:00 a.m.  We are requesting that all parties may stipulate that her deposition is not objectionable under the discovery cut-off as she was previously served

notice of her deposition being taken and failed to appear so her deposition may go forward on Friday, February 27, 2015.

Please feel free to contact me at your earliest convenience regarding this matter.  I know Jorge has been involved in trial and wanted to touch base with you both to let you know this information as soon as possible.

Thank you,

Courtney Arbucci

Courtney Robinson Arbucci, Esq.
Manning & Kass
Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15ᵗʰ Floor
Los Angeles, CA  90017
213-624-6900



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer.  Thank you.  Manning & Kass, Ellrod, Ramirez, Trester

EXHIBIT "H"

**Christina Medina**

| | |
|---|---|
| **From:** | Vicki Sarmiento <vsarmiento@vis-law.com> |
| **Sent:** | Monday, February 23, 2015 5:21 PM |
| **To:** | Courtney Arbucci |
| **Cc:** | Christina Medina; Delia Flores; Missy O'Linn; 'jggorgeous@aol.com'; jfregoso@vis-law.com; Sidney Lanier |
| **Subject:** | RE: M-Johnson (PC) Deposition of Tasha Cole |

Dear Courtney:  I do not believe you can take depositons beyond discovery cutoff without the Court's permission.  If you have authority allowing you to do so, please send it.   Otherwise, the deposition you intend to take would violate the Court's orders.

Thank you,


Vicki I. Sarmiento

 Law Offices of
VICKI I. SARMIENTO

333 N. Garfield Ave.
Alhambra, CA 91801
vsarmiento@vis-law.com
(626) 308-1171 - telephone
(626) 308-1101 - facsimile

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 626-308-1171 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.

---

**From:** Courtney Arbucci [mailto:cya@manningllp.com]
**Sent:** Monday, February 23, 2015 5:17 PM
**To:** Vicki Sarmiento
**Cc:** Christina Medina; Delia Flores; Missy O'Linn; 'jggorgeous@aol.com'; jfregoso@vis-law.com; Sidney Lanier
**Subject:** RE: M-Johnson (PC) Deposition of Tasha Cole

Vicki:

Just to be clear, we are only seeking a joint request for an order to extend the time to complete Ms. Cole's deposition.  We are seeking a Rule 29-compliant stipulation.  Not, a Rule 20-violative stipulation.

Please recall, we made multiple attempts to serve Ms. Cole prior to the non-expert discovery cut-off date.  Ms. Cole was in contact with our paralegal and the process server entity and told both parties she was willing to accept service on a specific date and time.  When the process server went to provide service she failed to appear.  She was notified of the date of the deposition and had initially indicated she would appear.  Notice was left on her front door as well after she failed to appear to be served.  She then stopped answering her cell phone only to allow her husband to do so and verbally harass parties who contacted that number.  This is all outline in the Deposition Transcript of Tasha Cole in which I made a record of the multiple attempts of service and of the non-appearance.

1

Please advise if you are still of the position that you will not agree to the Rule 29 stipulation as to ONLY allow the deposition of Ms. Cole to go forward on the date noticed.

Defendants reserve the right to seek ex parte relief in the alternative.

Best,

Courtney Arbucci

Courtney Robinson Arbucci, Esq.
Manning & Kass
Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, CA  90017
213-624-6900



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer.  Thank you.  Manning & Kass, Ellrod, Ramirez, Trester

---

**From:** Vicki Sarmiento [mailto:vsarmiento@vis-law.com]
**Sent:** Monday, February 23, 2015 4:41 PM
**To:** Courtney Arbucci
**Cc:** Christina Medina; Delia Flores; Missy O'Linn; 'jggorgeous@aol.com'; jfregoso@vis-law.com
**Subject:** RE: M-Johnson (PC) Deposition of Tasha Cole

Dear Courtney:  Unfortunately, we cannot stipulate to the taking of Ms. Cole's deposition beyond the discovery cut-off.  Defendants had plenty of time to set Ms. Cole's deposition early in the process and time to move to compel her deposition within the discovery cutoff deadline but failed to do so.   Defendants knew of Ms. Cole's identify at the inception of the case and she is not someone that was recently discovered.  Under these circumstances, we are unable to stipulate.

Very truly yours,

Vicki I. Sarmiento

**LAW OFFICES of**
**VICKI I. SARMIENTO**
333 N. Garfield Ave.
Alhambra, CA 91801
vsarmiento@vis-law.com
(626) 308-1171 - telephone
(626) 308-1101 - facsimile

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 626-308-1171 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.

---

**From:** Courtney Arbucci [mailto:cya@manningllp.com]
**Sent:** Monday, February 23, 2015 3:08 PM
**To:** Vicki Sarmiento; jfregoso@vis-law.com; 'jggorgeous@aol.com'
**Cc:** Christina Medina; Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** Re: M-Johnson (PC) Deposition of Tasha Cole

Good Afternoon Vicki and Jorge,

I just got off the phone with Joana at Vicki's office and wanted to follow up with a brief email.

We received notice  that our private investigator served incident-witness Tasha Cole within the past half hour.  As you may recall, we had previously attempted to serve her and had spoken with her regarding her deposition that was set for January 23, 2015 at 9:00 a.m.  Tasha did not appear for that deposition.

Tasha Cole was just served with another deposition notice for February 27, 2015, at 9:00 a.m.  We are requesting that all parties may stipulate that her deposition is not objectionable under the discovery cut-off as she was previously served notice of her deposition being taken and failed to appear so her deposition may go forward on Friday, February 27, 2015.

Please feel free to contact me at your earliest convenience regarding this matter.  I know Jorge has been involved in trial and wanted to touch base with you both to let you know this information as soon as possible.

Thank you,

Courtney Arbucci

Courtney Robinson Arbucci, Esq.
Manning & Kass
Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15ᵗʰ Floor
Los Angeles, CA  90017
213-624-6900



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer.  Thank you.  Manning & Kass, Ellrod, Ramirez, Trester

EXHIBIT "I"

1  Mildred K. O'Linn (State Bar No. 159055)
   mko@manningllp.com
2  Courtney R. Arbucci (State Bar No. 266036)
   cya@manningllp.com
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants,
   CITY OF FRESNO, CHIEF JERRY
   DYER, SERGEANT LARRY
8  HUSTEDDE, and OFFICER JEFFREY
   KAISER
9
                    **UNITED STATES DISTRICT COURT**
10
       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
11

12  IDALIA J. MORGUTIA-JOHNSON,          Case No. 1:14-CV-00127 LJO-SKO
                                         [*Hon. Lawrence J. O'Neill, D. Judge;*
13          Plaintiff,                   *Hon. Sheila K. Oberto, M. Judge*]

14     v.
                                         ***EX PARTE* APPLICATION AND**
15  CITY OF FRESNO, CHIEF JERRY          **MOTION OF DEFENDANTS TO**
    DYER, SERGEANT LARRY                 **TAKE THE DEPOSITION OF**
16  HUSTEDDE, OFFICER JEFFREY            **TASHA COLE ON FEBRUARY 27,**
    KAISER, and DOES 1 to 10,            **2015 AND TO RE-OPEN NON-**
17                                       **EXPERT DISCOVERY FOR THAT**
            Defendants.                  **LIMITED PURPOSE;**
18                                       **MEMORANDUM OF POINTS AND**
                                         **AUTHORITIES**
19
                                         [*Arbucci Declaration, and Proposed*
20                                       *Order, Filed Concurrently Herewith*]

21                                       Date:
22                                       Time:
                                         Court:
23

24                                       Complaint Filed: 01/28/2014
                                         Trial Date:      06/09/2015
25

26

27

28

**<u>TO THE COURT, PLAINTIFF, ALL PARTIES, AND THEIR COUNSEL:</u>**

PLEASE TAKE NOTICE that, **on a date to be determined by the Court (unless decided solely on the papers pursuant to standing orders)**, in Courtroom 7, located at 2500 Tulare Street, #1501, Fresno, California, 93712, pursuant to Federal Rules of Civil Procedure 7,26,30 and 37, and United States District Court, Eastern District of California Local Rule 144, as well as the Initial Standing Order in All Cases Assigned to District Judge Lawrence J. O'Neill, and the Scheduling Order, defendants CITY OF FRESNO; CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE; AND OFFICER JEFFREY KAISER (collectively hereafter as "defendants") hereby move the Court for the following Order(s):

(1) To re-open and/or extend non-expert discovery for the limited purposes of permitting defendants to obtain the deposition testimony of incident-witness Tasha Cole on (a) the incident she witnessed on August 24, 2010 at Big Mama's Restaurant, and/or (b) any and all statements she gave to Fresno Police Officers on August 24, 2010 in relation to the incident she witnessed at Big Mama's Restaurant;

(2) To go forward with the deposition of Tasha Cole on February 27, 2015, at 9:00 a.m. in Fresno, California;

(3) To allow all parties' counsel to appear telephonically for the purposes of the hearing as all counsel are located in Southern California; and

(3) To consider the instant motion on an *ex parte* basis.

///
///
///
///
///
///
///
///

Case No. 1:14-CV-00127 LJO-SKO

1    The grounds for defendants' underlying motion are as follows: (1) defendants

2  did not have Tasha Cole's full name during the discovery phase, as she gave a

3  statement to police officers anonymously on the date of the incident; (2) defendants

4  vigorously investigated the identity and location of Tasha Cole, including hiring a

5  private investigator to locate this information so that defendants could serve Ms.

6  Cole with a deposition notice; (3) defendants engaged in multiple attempts to serve

7  Ms. Cole prior to the discovery cut-off of January 26, 2015, in order to obtain her

8  deposition testimony prior to the cut-off; (4) defendants went forward with, and

9  appeared for, the deposition of Ms. Cole on January 23, 2015, based on Ms. Cole's

10  knowledge of her deposition going forward on that date due to her telephone

11  discussions with paralegal, Christina Medina (of defendants' counsel's office), and

12  process servers multiple attempts  (of Nationwide Subpoena Services); (5) Ms. Cole

13  failed to appear for her deposition on January 23, 2015, and her husband strenuously

14  declined allowing defendants' counsel to speak with Ms. Cole on her cell-phone

15  when defendants' counsel called to inquire if she was still planning on appearing at

16  the deposition; (6) defendants' retained private investigator, Craig Thomas,

17  investigated Ms. Cole's whereabouts for several days after she failed to appear for

18  her deposition in order to personally serve her with a new deposition notice to

19  appear for her deposition on February 27, 2015; (7) defendants' retained private

20  investigator, Craig Thomas, finally was able to personally serve Ms. Cole with

21  notice of her deposition on February 23, 2015 at 2:23 p.m.

22    The grounds for considering/hearing defendants' motion on an *ex parte* basis

23  are as follows: (1) defendant have been and will be unable to have a noticed motion

24  heard, and the requested relief (deposition of Ms. Cole) obtained, before the pending

25  deadlines for completion of dispositive motion, pre-trial documents, and before the

26  Trial date; and (2) absent *ex parte* relief, defendants will be irreparably prejudiced

27  by denial of access to important facts and information that corroborate defendants'

28  incident contentions (particularly regarding plaintiff's conduct during her

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP

1  interactions with defendant officers) as admissible intent, habit, and/or rebuttable

2  character evidence.

3      Defendants' *ex parte* application-motion is based on this notice; all pleadings,

4  papers, and records in this action; the attached memorandum of points and

5  authorities; the attached declaration and exhibit thereto; and upon such other oral

6  and documentary evidence or argument as may be presented at the hearing of this

7  motion.

8  NOTICE ON CONFERENCE OF COUNSEL PER LOCAL RULE:  This motion is

9  made following the conferences (and attempted conferences) of counsel pursuant to

10 L.R. 144 which took place on February 23, 2015. [*See* U.S. Dist. Ct., E.D. Cal. L.R.

11 144; *see, e.g.,* Arbucci Decl., ¶¶ 7-11, Exs. E, F, G, and H].

12

13 DATED:  February 24, 2015      **MANNING & KASS**

14                                **ELLROD, RAMIREZ, TRESTER LLP**

15

16

17                                By:  _____/s/ Courtney R. Arbucci_____

18                                     Courtney R. Arbucci
                                      Attorneys for Defendants,
19                                    CITY OF FRESNO, CHIEF JERRY
                                      DYER, SERGEANT LARRY
20                                    HUSTEDDE, and OFFICER JEFFREY
                                      KAISER
21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### 1.   INTRODUCTION.

Defendants respectfully request that the Court issue an Order allowing defendants to re-open the non-expert discovery cut-off solely to allow the deposition of incident-witness Tasha Cole to go forward on February 27, 2015, at 9:00 a.m. in Fresno, California.

First, Tasha Cole was an incident-witness to the events as they unfolded on August 24, 2010, between plaintiff and defendant officers at Big Mama's Restaurant in Fresno, California. Second, Ms. Cole gave a witness statement to a Fresno Police Officer immediately after the incident that corroborate defendants' claims regarding the violent/resistive actions and statements made by plaintiff prior to, and leading up to her arrest. Her statements of plaintiff's violent/resistive conduct and behavior during the incident towards the defendant officer are discoverable and likely admissible rebuttal/cross-examination evidence. Third, Ms. Cole did not identify her last name, address, or other identifying information to the officer when she made her statement regarding the incident, making it very difficult to locate her for deposition. Fourth, once her identifying information was obtained, defendants attempted to serve Ms. Cole on multiple occasions to appear for a deposition prior to the non-expert discovery cut-off. Fifth, Ms. Cole indicated to a process server as well as a paralegal at defendants' counsel's office that she would appear for service at a specific date and time, and then failed to do so. This occurred prior to the non-expert discovery cut-off date. Fifth, her deposition was not taken on January 23, 2015, as scheduled, approximately three days prior to the applicable discovery cut-off. Further, Notice on Non-Appearance was made on the record. Then, defendants' private investigator after diligent attempts successfully finally serves Ms. Cole for her deposition to be taken on February 27, 2015, and because noticed discovery motions may be made with only 21 days' notice prior to the hearing date, the relief sought in this motion could not be obtained by noticed motion before the non-expert

1   discovery motion cut-off, or the dispositive motion filing deadline.  Accordingly, the

2   Court should grant defendants' instant *ex parte* motion.

3   **2.      FACTUAL SUMMARY.**

4         **a.      The Multiple Good Faith Attempts to Notice and Serve Ms. Cole**

5                   **Prior to Non-Expert Discovery Cut-Off.**

6         Defendants did not have identifying information for incident-witness, Tasha

7   Cole, until early January, 2015.  At that time, defendants immediately requested

8   Nationwide Subpoena Services serve notice of a deposition of Tasha Cole as soon as

9   possible.  Nationwide Subpoena Services made twelve (12) attempts to personally

10  serve Ms. Cole at her home between the dates of January 14, 2105 and January 22,

11  2105, with the deposition notice for January 23, 2015.  [*See* Decl. Arbucci ¶ 3, and

12  Ex. A].  On January 19, 2015, Ms. Cole called an agent from Nationwide Subpoena

13  Services and stated she was not aware of this case, at that time the agent gave her

14  the phone number for defendants' counsel.  [*See* Decl. Arbucci ¶ 3, and Ex. A].  On

15  January 19, 2015, Ms. Cole called defendants' counsel's paralegal, Christina Medina.

16  Ms. Medina explained the reason Ms. Cole was receiving a deposition notice was as

17  a result of her being a witness to an incident that occurred on August 24, 2015 at Big

18  Mama's restaurant.  Ms. Cole then told Ms. Medina she would be willing to accept

19  service of the deposition notice in person from Julie Thornton (of Nationwide

20  Subpoena Services) and attend the deposition.  [*See* Decl. Arbucci ¶ 4, and Exs. B

21  and C].   After that, Ms. Cole evaded any further service attempts and discontinued

22  answering her cell phone.  [*See* Decl. Arbucci ¶¶ 3- 5, and Exs. A, B and C].

23        On January 23, 2015, defendants' counsel, Courtney Arbucci, drove to Fresno,

24  California and attended the scheduled deposition of Tasha Cole.  At 9:00 a.m., Ms.

25  Cole did not appear for her deposition.  Approximately 15 minutes later, defendants'

26  counsel called Ms. Cole's cell-phone number to remind her she had agreed to appear

27  for her deposition and was late.  At that time, a male answered the telephone number

28  and was verbally disgruntled and threatening the defendants' attorney regarding Ms.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1  Cole's deposition appearance.  He ended the telephone call stating Ms. Cole was not

2  coming.  [*See* Decl. Arbucci ¶ 5, and Ex. C].Defendants' counsel then took a Notice

3  of Non-Appearance on the record detailing the multiple service attempts of Ms.

4  Cole in order to obtain her deposition prior to the Court Ordered Discovery cut-off.

5  [*See* Decl. Arbucci ¶ 5, and Ex. C].

6  After Ms. Cole failed to appear for her January 23, 2015, deposition that she

7  had indicated she would attend, defendants' retained a private investigator to attempt

8  service of Ms. Cole.  On February 20, 2015, the agents for defendants' retained

9  private investigator spent the day staking out Ms. Cole to attempt personal service of

10  a deposition notice.  At 9:20 a.m., service was attempted at Ms. Cole's home address

11  and the agents were confronted by a black male with a large German shepherd who

12  told the agents; (1) Tasha Cole did not live there, and (2) if they returned, he would

13  sic his dog on them. The field agents left the home and waited down the street.  At

14  2:00 p.m., after the agents witnessed a female who appeared to be Ms. Cole arrive at

15  the residence, they attempted service again.  When they knocked on the door, a male

16  voice told them not to come in.  The agents returned to their vehicle and waited until

17  they saw Ms. Cole outside of the residence.  At 2:23 p.m., Ms. Cole walked out of

18  the residence to get into her vehicle in the driveway.  Field agent, Cameron Menser,

19  walked to her window and tapped on it to get her attention.  She rolled down the

20  window, and denied being Tasha Cole.  The field agent identified that he knew she

21  was Tasha Cole and dropped the subpoena through her driver's side window, and it

22  landed in her lap.  [*See* Decl. Arbucci ¶ 6, and Ex.D].

23  **b.   The Scheduling Issues Regarding Non-Expert Discovery.**

24  The Court set a deadline for completion of non-expert discovery for January

25  26, 2015; as a result of the Court's Standing Order, all discovery motions were thus

26  required to be heard by that cut-off date. [*See*  Order, January 6, 2015, Dkt. Doc 21.]

27  Defendants' counsel noticed all non-expert witnesses to be deposed prior to

28  that deadline, including Ms. Tasha Cole.  Ms. Cole's deposition was the final

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1  deposition noticed by defendants', and was scheduled to occur on January 23, 2015,

2  three days prior to the non-expert discovery cut-off. Thus, defendants, in good faith,

3  attempted to complete all non-expert discovery prior to January 26, 2015. However,

4  Ms. Cole failed to appear at her deposition on January 23, 2015.

5      Therefore, as a result of Ms. Cole evading service and failing to appear,

6  defendants' counsel were not able to take her deposition within the Court Ordered

7  Discovery Cut-Off.

8      Yet, in the period immediately following the aforementioned discovery

9  period, defendants' attempted again to serve Ms. Cole for her deposition to go

10  forward. Defendants' retained a private investigator in hopes of effectuating service.

11  On January 23, 2015 at 2:24 p.m., Ms. Cole was served. Immediately after

12  defendants' counsel was notified of service, they called plaintiff's counsel and

13  informed their office of the service of Ms. Cole. [*See* Decl. Arbucci ¶ 7, and Ex. E].

14  Defendants' counsel followed up with an email to plaintiff's counsel regarding the

15  same. In that email, defendants' counsel attempted to meet and confer regarding

16  seeking a stipulation to re-open the non-expert discovery deadline as to only allow

17  the deposition of Ms. Cole. [*See* Decl. Arbucci ¶¶ 7-8, and Ex. E]. Plaintiff's

18  counsel, Ms. Vicki Sarmiento, denied this request. [*See* Decl. Arbucci ¶ 9, and Ex.

19  F]. Defendants' counsel attempted to meet and confer a second time via email to

20  plaintiff's counsel requesting a stipulation to allow the deposition of Ms. Cole to go

21  forward. [*See* Decl. Arbucci ¶ 10, and Ex. G]. Plaintiff's counsel, Ms. Sarmiento,

22  again denied the request. [*See* Decl. Arbucci ¶ 11, and Ex. H].

23      As a result of the Court Ordered non-expert discovery cut-off, expert

24  disclosures, and dispositive motion filing date, if defendants sought relief requested

25  her via a noticed motion, at best, defendants would only have a matter of days to

26  take any compelled depositions before the start of trial, currently set for June 9,

27  2015.

28  ///

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP

3. **THE COURT SHOULD ORDER TO RE-OPEN THE NON-EXPERT DISCOVERY CUT-OFF SOLELY AS TO ALLOW THE DEPOSITION OF TASHA COLE GO FORWARD.**

The Court should issue an Order re-opening the non-expert discovery cut-off until February 27, 2015, solely as to allow the deposition of Tasha Cole to go forward. Ms. Cole is an incident-witness who made prior statements regarding plaintiff's conduct/behavior towards defendant officers on the date of the incident that contradict plaintiff's contentions. Such facts are discoverable and likely admissible evidence.

a. **Defendants Are Generally Entitled to Discovery of Matters Potentially Admissible at Trial.**

Under the Federal Rules of Civil Procedure, the "purpose of discovery is to provide a mechanism for making relevant information available to the litigants.... Thus the spirit of the rules is violated when advocates attempt to use discovery tools as tactical weapons rather than to expose facts and illuminate the issues...." *Burlington N. & Santa Fe Ry. v. United States Dist. Ct.*, 408 F.3d 1142, 1148-1149 (9th Cir. 2005). Thus, civil discovery's aim is to "'make trial less a game of blind man's bluff and more a fair contest with the basic issues and facts disclosed to the fullest practicable extent.'" *Dollar v. Long Mfg.*, 561 F.2d 613, 616 (5th Cir. 1977). Along these lines, "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense.... Relevant information need not be admissible at trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." *See* Fed. R. Civ. P. 26(b)(1). "To that end, either party may compel the other to disgorge whatever facts he has in his possession." *Dollar*, 561 F.2d at 616. Furthermore, under Rule 37, "[a] party seeking discovery may move for an order compelling an answer [to deposition questions].... This motion may be made if: (I) a deponent fails to answer a question asked under Rule 30 or 31." *See* Fed. R. Civ. P. 37(a)(3)(B)(I); *see also* Fed. R.

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

1  Civ. P. 37(a)(3)(C) ("When taking an oral deposition, the party asking a question

2  may complete or adjourn the examination before moving for an order [to compel

3  answers].").

4      **b.**    **Defendants' Made Multiple Good Faith Attempts to Serve And**

5          **Depose Tasha Cole Prior to the Non-Expert Discovery Cut-Off.**

6      Defendants' made multiple attempts to serve Tasha Cole prior to the non-

7  expert discovery cut-off. [*See* Decl. Arbucci ¶¶ 3-6, and Exs. A-D]. Further, Ms.

8  Cole represented to defendants' counsels agents that she would accept service and

9  attend the deposition on January 23, 2015. After she failed to appear for her

10 deposition, defendants' retained a private investigator to attempt to serve Ms. Cole

11 as it was apparent she was intentionally evading service. At that time, the private

12 investigator was able to withstand threatening behavior from Ms. Cole's spouse and

13 appropriately serve Ms. Cole with a deposition notice for February 27, 2015. [*See*

14 Decl. Arbucci ¶ 6, and Ex. D]. Immediately after Ms. Cole was served, defendants'

15 counsel contacted plaintiff's counsel to meet and confer requesting a stipulation to

16 re-open discovery as to the deposition of this witness only. [*See* Decl. Arbucci ¶¶ 7-

17 8, and Ex. E]. Plaintiff's counsel denied the request for stipulation. [*See* Decl.

18 Arbucci ¶¶8-11, and Exs. F, G, and H].

19 **4.**    **THE COURT IS EMPOWERED TO REVIEW A MOTION ON AN *EX***

20     ***PARTE* BASIS WHERE THE MOVING PARTY WILL SUFFER**

21     **IRREPARABLE PREJUDICE WITHOUT *EX PARTE* RELIEF.**

22     Upon the filing of an appropriate *ex parte* application and supporting

23 evidence showing good cause, the Court is empowered to shorten the time for notice

24 and/or to advance the hearing of a motion before it, in effect bypassing the regular

25 noticed motion procedures of the Federal Rules of Civil Procedure and/or of the

26 Local Rules. *See* Fed. R. Civ. P. 6(c)(1)(A), (C); U.S. Dist. Ct., E.D. Cal. L.R. 144.

27     Here, under the circumstances, defendants will suffer irreparable prejudice

28 unless the instant motion is heard/considered on an *ex parte*-expedited basis for all

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

of the reasons already stated above: including but not limited to the fact that defendants' in good faith, attempted to serve Tasha Cole on numerous occasions while she was intentionally evading service, and defendants contact plaintiff's immediately upon notice of Tasha Cole being served to meet and confer regarding a stipulation to re-open non-expert discovery as to that deposition only, on February 27, 2015. Plaintiff's denied to jointly stipulate to re-open non-expert discovery solely to allow the deposition of Tasha Cole go forward on February 27, 2015. Accordingly, there is good cause to consider this motion on an *ex parte* basis.

## 5.   CONCLUSION.

For all of the foregoing reasons, defendants respectfully request that the honorable Court issue an *ex parte* Order to re-open and/or extend non-expert discovery for the limited purposes of permitting defendants to obtain the deposition testimony of incident-witness Tasha Cole on February 27, 2015, at 9:00 a.m. in Fresno, California. Further, to allow all parties' counsel to appear telephonically for the purposes of the *ex parte* hearing for the limited purposes specified herein above.

DATED:  February 24, 2015        **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:        /s/ Courtney R. Arbucci
           Courtney R. Arbucci
           Attorneys for Defendants,
           CITY OF FRESNO, CHIEF JERRY
           DYER, SERGEANT LARRY
           HUSTEDDE, and OFFICER JEFFREY
           KAISER

EXHIBIT "J"

**Delia Flores**

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Thursday, February 26, 2015 2:09 PM |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 1:14-cv-00127-LJO-SKO Morgutia-Johnson  v. City Of Fresno et al Minute Order. |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of California - Live System**

**Notice of Electronic Filing**

The following transaction was entered on 2/26/2015 at 2:09 PM PST and filed on 2/26/2015
**Case Name:**        Morgutia-Johnson v. City Of Fresno et al
**Case Number:**      1:14-cv-00127-LJO-SKO
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**MINUTE ORDER: ***TEXT ENTRY ONLY*** On February 26, 2015, the parties appeared for an informal telephonic discovery dispute conference. Vicki Sarmiento, Esq., appeared on behalf of plaintiff Idalia J. Morgutia-Johnson, and Courtney Arbucci, Esq., appeared on behalf of defendants City of Fresno, et al. After hearing the parties' arguments, the Court found good cause exists to re-open non-expert discovery for the limited purpose of taking the deposition of witness Tasha Cole on Tuesday, March 3, 2015, at 10:00 a.m., with provisions made for plaintiff's counsel to appear telephonically, should counsel wish to do so. Defendants will immediately serve a new notice of deposition and subpoena on Tasha Cole for the March 3, 2015, date. Should plaintiff's expert need to prepare a supplemental report after the deposition of Tasha Cole, the Court reserves the right to consider plaintiff's motion for costs of preparation of the expert's supplemental report to be borne by the defense. Minute order signed by Magistrate Judge Sheila K. Oberto on 2/26/2015. (Timken, A)**

**1:14-cv-00127-LJO-SKO Notice has been electronically mailed to:**

Anthony M. Sain     tms@manningllp.com, itc@manningllp.com

Courtney Robinson Arbucci     cya@manningllp.com, dxf@manningllp.com

Mildred K. O'Linn   mko@manningllp.com, dxf@manningllp.com

Vicki Ingrid Sarmiento   vsarmiento@vis-law.com, assistant@vis-law.com, jfregoso@vis-law.com

**1:14-cv-00127-LJO-SKO Electronically filed documents must be served conventionally by the filer to:**

EXHIBIT "K"

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _Tasha Cole_

on *(date)* _FEB. 26, 2015_.

☒ I served the subpoena by delivering a copy to the named individual as follows: _At Address_
_(BAL'S LIQURE) 638 W. OLIVE AVE. FRESNO, CA. 5:00pm_
_I Served Tasha Cole Sitting in Car_ on *(date)* _2/26/15_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _N/A_ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _2/26/15_

_____
Server's signature

_Kevin Thomas_
Printed name and title

_9493 N. Ft Washington Rd, #102_
Server's address _Fresno CA 93730_

Additional information regarding attempted service, etc.:

EXHIBIT "L"

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF CALIFORNIA

 3

 4    IDALIA J. MORGUTIA-JOHNSON,      )
                                       )
 5                                     )
                                       )
 6                 Plaintiff,          )
                                       ) Case No.
 7          vs.                        ) 1:14-CV-00127 LJO-SKO
                                       )
 8    CITY OF FRESNO, CHIEF JERRY      )
      DYER, SERGEANT LARRY             )
 9    HUSTEDDE, OFFICER JEFFREY        )
      KAISER and DOES 1 to 10,         )
10                                     )
                                       )
11                 Defendants.         )

12

13

14

15

16        STATEMENT OF NONAPPEARANCE OF TASHA COLE

17

18

19

20
      DATE:            MARCH  3, 2015 (TUESDAY)
21
      TIME:            10:15  a.m.
22
      LOCATION:        HUSBEY, INC.
23                     7815 North Palm Avenue, Suite 120
                       Fresno, Ca 93711
24
      REPORTER:        LINDA INIGUEZ, CSR
25                     Certified Shorthand Reporter #13816
```

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
Tasha Cole on 03/03/2015                                   Page 2

```
1                    A P P E A R A N C E S

2


3   For the Plaintiff:        LAW OFFICES OF JORGE GONZALEZ
                              Attorneys at Law
4                             2485 Huntington Drive
                              Suite 238
5                             San Marino, California 91108

6                             PHONE:   (213) 598-3278
                                       jggorgeous@aol.com
7
                              BY:  Jorge Gonzalez
8

9   For the City of Fresno    MANNING & KASS ELLROD, RAMIREZ,
         Chief Jerry Dyer,    TRESTER, LLP
10       Sergerant Larry      Attorneys at law
         Hustedde, and        15th Floor at 801 Tower
11       Officer Jeffrey      801 South Figueroa Street
         Kaiser:              Los Angeles, California 90017
12
                              PHONE: (213) 624-6900
13                            FAX:   (213) 624-6999
                                     cya@manningllp.com
14
                              BY:     COURTNEY R. ARBUCCI
15

16

17  Also Present: Larry  Hustedde

18

19

20

21

22

23

24

25
```

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
Tasha Cole on 03/03/2015                                    Page 3

```
 1                          EXHIBITS

 2     EXHIBIT NO.                                      PAGE

 3     1              Photostatic copy of second amended    4
                      Notice of Deposition of Tasha
 4                    Cole date March 3,2015

 5     2              Photostatic copy of amended Notice     4
                      of Deposition of Tasha Cole date
 6                    February 27, 2015

 7     3              Photostatic copy of Minute Order of    4
                      the US District Court Eastern
 8                    District

 9     4              Photostatic copy of Oliver, Thomas,    6
                      Pierce, and Patty attempts and
10                    Service document

11     5              Photostatic copy of Proof of           6
                      Delivery by National Subpoena
12                    Service

13

14

15

16

17

18

19

20

21

22

23

24

25
```

IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.
Tasha Cole on 03/03/2015                                    Page 4

1          MS. ARBUCCI: All right. On the record. All

2   right. Courtney R. Arbucci Manning and Kass, Ellrod,

3   Ramirez, Trester this morning we are present. It's

4   10:15, 10:16 for the deposition that was noticed of

5   incident witness Tasha Cole. At this point in time I'm

6   going to have everybody state their names for the record

7   who is present.

8          MR. GONZALEZ: Jorge Gonzalez on behalf of

9   the Plaintiff.

10          MR.HUSTEDDE: Larry Hustedde, Fresno Police

11   Department.

12          MS. ARBUCCI: Again, Courtney Arbucci, on

13   behalf of the Defendants the City of Fresno, Chief Jerry

14   Dyer, Sergeant Larry Hustedde, and Officer Jeffrey

15   Kaiser, at this point in time Plaintiff is not present;

16   however, we're going to be marking as Exhibit, having

17   them attached to the record, as Exhibit 1, the second

18   amended Notice of Deposition of Tash Cole that was set

19   for March 3rd, 2015, in which she was personally served.

20          (Exhibits 1, 2, and 3 marked)

21          MS. ARBUCCI: Then Exhibit 2 will be the

22   amended Notice of Deposition of Tasha Cole that was date

23   for the date of February 27th, 2015 at 9:00 a.m. also to

24   appear at Huseby Court Reporting, also a notice which,

25   Ms. Cole was served. And as Exhibit 3 the Minute Order

1    of the US District Court Eastern District of California

2    regarding the February 26th, 2015 ex parte informal

3    telephonic discovery dispute conference in which

4    Plaintiff's Counsel Vickie Sarmiento and Defendants'

5    Counsel, Courtney Arbucci were present in which the

6    Court ordered that the deposition of Ms. Tasha Cole

7    proceed on Tuesday March 3rd, 2015 at 10:00 a.m. Because

8    Ms. Cole is not currently present, we're going to give

9    her 45 minutes until 11:00 a.m. to appear for her

10   deposition, and at that time should she not appear,

11   we'll be taking a certificate of nonappearance. Off the

12   record.

13          (Off the record)

14          MS. ARBUCCI: It is now 11 o'clock back on

15   the record. Again, this is Courtney Arbucci on behalf of

16   the Defendants the City of Fresno, as well as Sergeant

17   Hustedde, Officer Kaiser, and Chief Dyer, present and

18   actually, everyone sitting in this room, please state

19   their name for record.

20          MR. GONZALEZ: Jorge Gonzalez for the

21   Plaintiffs.

22          MR. HUSTEDDE: Larry Hustedde.

23          MS. ARBUCCI: At present we waited 45 minutes

24   and Tasha Cole has not appeared, we've attached the two

25   proofs of services and subpoenas and we also attached

1    the Minute Order. Ms. Cole was aware and has been served

2    twice as to her deposition that was to occur today per

3    Court order and she was personally served. We are

4    attaching now, as Exhibit, I believe --

5              THE COURT REPORTER: 4.

6              (Exhibits 4 and 5 marked)

7              MS. ARBUCCI:: Four the Oliver, Thomas,

8    Pierce & Patty service attempts and service by

9    Defendants retained expert Craig Thomas. And as

10   Exhibit 5 the proof of delivery by National Subpoena

11   Services of their service attempts as well of Ms. Cole

12   for the record. And as we go off the record, the Defense

13   now request a transcript and official certificate of

14   nonappearance expedited and hopefully try to get a final

15   by tomorrow in order to further pursue a motion to

16   compel should we deem necessary.

17             MR. GONZALEZ: Is that a combined Exhibit 4?

18   Is that Exhibit 4 and --

19             MS. ARBUCCI:: Four and 5. Would you like a

20   copy?

21             MR. GONZALEZ: Okay. I would like a copy,

22   please, and I will also agree that she has not shown for

23   the record.

24             THE COURT REPORTER: Would you like a copy as

25   well?

```
 1    MR. GONZALEZ: Yes.

 2    (Proceedings concluded at 11:03 a.m.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    STATE OF CALIFORNIA      )
                               )
 2    COUNTY OF FRESNO         )

 3

 4           The witness, TASHA COLE, in the foregoing
      proceedings did not appear before me, Linda Iniguez, a
 5    Certified Shorthand Reporter in and for the State of
      California.
 6
             The statements of Counsel were reported, and
 7    thereafter, under my direction and control, were
      transcribed into typewritten form by means of
 8    Computer-Aided Transcription.
             I am a Certified Shorthand Reporter licensed by
 9    the State of California. I further certify that I am not
      of counsel or attorney for either or any of the parties
10    to the case named within caption, and that I am not
      related to any party thereto.
11           In WITNESS WHEREOF, I have hereunto affixed my
      signture this 3rd day of March 2015.
12

13

14

15

16

17

18    _____
      Linda Iniguez
19    Certified Shorthand Reporter # 13816

20

21

22

23

24

25
```

Case 1:14-cv-00127-LJO-SKO   Document 31-1   Filed 03/06/15   Page 66 of 83
IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.
Tasha Cole on 03/03/2015                          Index: 1..exhibits

**1**

**1**   4:17,20

**10:00**   5:7

**10:15**   4:4

**10:16**   4:4

**11**   5:14

**11:00**   5:9

**11:03**   7:2

**2**

**2**   4:20,21

**2015**   4:19,
23 5:2,7

**26th**   5:2

**27th**   4:23

**3**

**3**   4:20,25

**3rd**   4:19,
5:7

**4**

**4**   6:5,6,17,
18

**45**   5:9,23

**5**

**5**   6:6,10,19

**9**

**9:00**   4:23

**A**

**a.m.**   4:23
5:7,9 7:2

**agree**   6:22

**amended**
4:18,22

**appeared**
5:24

**Arbucci**   4:1,
2,12,21
5:5,14,15,
23 6:7,19

**attached**
4:17 5:24,
25

**attaching**
6:4

**attempts**
6:8,11

**aware**   6:1

**B**

**back**   5:14

**behalf**   4:8,
13 5:15

**C**

**California**

5:1

**certificate**
5:11 6:13

**Chief**   4:13
5:17

**City**   4:13
5:16

**Cole**   4:5,
18,22,25
5:6,8,24
6:1,11

**combined**
6:17

**compel**   6:16

**concluded**
7:2

**conference**
5:3

**copy**   6:20,
21,24

**Counsel**   5:4,
5

**Court**   4:24
5:1,6 6:3,
5,24

**Courtney**
4:2,12
5:5,15

**Craig**   6:9

**D**

**date**   4:22,

23

**deem**   6:16

**Defendants**
4:13 5:16
6:9

**Defendants'**
5:4

**Defense**   6:12

**delivery**
6:10

**Department**
4:11

**deposition**
4:4,18,22
5:6,10 6:2

**discovery**
5:3

**dispute**   5:3

**District**   5:1

**Dyer**   4:14
5:17

**E**

**Eastern**   5:1

**Ellrod**   4:2

**Exhibit**
4:16,17,
21,25 6:4,
10,17,18

**exhibits**
4:20 6:6

**IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.**
Tasha Cole on 03/03/2015                    Index: expedited..served

expedited
   6:14

expert   6:9

---

          **F**

February
   4:23 5:2

final   6:14

Fresno   4:10,
   13 5:16

---

          **G**

give   5:8

Gonzalez   4:8
   5:20 6:17,
   21 7:1

---

          **H**

Huseby   4:24

Hustedde
   4:10,14
   5:17,22

---

          **I**

incident   4:5

informal   5:2

---

          **J**

Jeffrey   4:14

Jerry   4:13

Jorge   4:8
   5:20

---

          **K**

Kaiser   4:15
   5:17

Kass   4:2

---

          **L**

Larry   4:10,
   14 5:22

---

          **M**

Manning   4:2

March   4:19
   5:7

marked   4:20
   6:6

marking   4:16

Minute   4:25
   6:1

minutes   5:9,
   23

morning   4:3

motion   6:15

MR.HUSTEDDE
   4:10

---

          **N**

names   4:6

National

6:10

nonappearance
   5:11 6:14

notice   4:18,
   22,24

noticed   4:4

---

          **O**

occur   6:2

Officer   4:14
   5:17

official
   6:13

Oliver   6:7

order   4:25
   6:1,3,15

ordered   5:6

---

          **P**

parte   5:2

Patty   6:8

personally
   4:19 6:3

Pierce   6:8

Plaintiff
   4:9,15

Plaintiff's
   5:4

Plaintiffs
   5:21

point   4:5,15

Police   4:10

present   4:3,
   7,15 5:5,
   8,17,23

proceed   5:7

proceedings
   7:2

proof   6:10

proofs   5:25

pursue   6:15

---

          **R**

Ramirez   4:3

record   4:1,
   6,17 5:12,
   13,15,19
   6:12,23

REPORTER
   6:5,24

Reporting
   4:24

request   6:13

retained   6:9

room   5:18

---

          **S**

Sarmiento
   5:4

Sergeant
   4:14 5:16

served   4:19,

IDALIA J. MORGUTIA-JOHNSON vs. CITY OF FRESNO, ET AL.
Tasha Cole on 03/03/2015                    Index: service..waited

25  6:1,3

**service**  6:8,
  11

**services**
  5:25  6:11

**set**  4:18

**shown**  6:22

**sitting**  5:18

**state**  4:6
  5:18

**Subpoena**
  6:10

**subpoenas**
  5:25

---
**T**
---

**taking**  5:11

**Tash**  4:18

**Tasha**  4:5,22
  5:6,24

**telephonic**
  5:3

**Thomas**  6:7,9

**time**  4:5,15
  5:10

**today**  6:2

**tomorrow**
  6:15

**transcript**
  6:13

**Trester**  4:3

**Tuesday**  5:7

---
**V**
---

**Vickie**  5:4

---
**W**
---

**waited**  5:23

EXHIBIT "M"

**Delia Flores**

| | |
|---|---|
| **From:** | Dispatch |
| **Sent:** | Friday, March 06, 2015 12:05 PM |
| **To:** | Delia Flores |
| **Subject:** | FW: Delivery Confirmation for Control # 731841 |

**From:** Paul Sorrentino [mailto:psorrentino@nationwideasap.com]
**Sent:** Wednesday, March 04, 2015 6:35 PM
**To:** Dispatch
**Subject:** Delivery Confirmation for Control # 731841

NATIONWIDE LEGAL, LLC
PROOF OF DELIVERY

Sign: PUT IN MAIL BOX
Del Date: 3/04/15
Time: 18:34

Case Number: DELIVER ENVELOPE
Case Name: BY 7:00PM

Reference#: 2254-45912
Requested By: DELIA FLORES
Control#: 731841
Order Date: 3/04/15
Service Types: SPECIAL DEL-IMMEDIATE

p/u: MANNING & KASS, ELLROD, http://protect-us.mimecast.com/redirect/eNpljUEKwjAQAP-y5xqsFISeDOLNW-0DwmapgWyyJBsv4t8bxJvXYYZ5gziEGa7rYs-THacjDFBoCzl1KiUroR5aNRyY0FU1mLkr2KpmpoLZ01-Oop35UMUpPi_sUgppi1F-sQQP82mAVmL3bg9j752-qNTvdvzsCvkvnQ.
801 SOUTH FIGUEROA STREET
LOS ANGELES CA 90017

Del: TASHA COLE
1512 N PACIFIC AVE
FRESNO CA 93650

CSR:JCV

1

**Christina Medina**

| | |
|---|---|
| **From:** | Craig Thomas <craig@otcinv.com> |
| **Sent:** | Friday, March 06, 2015 3:06 PM |
| **To:** | Christina Medina |
| **Subject:** | RE: Morgutia-Johnson v. Fresno (Craig) re: New Notice and Subpoena for Tasha Cole |

Hi Christina,

The following is the detailed breakdown for locating and serving Tasha Cole. The total hours amounted to 20.30 and at $75 per hour total expense not including database searches and mileage is $1,522.50.

**February-26-2015** 6 hours

**February-23-2015** 9.3 hours

**February-20-2015** 2 hours

**February-19-2015** 3 hours

Let me know if you need anything else.

Have a good weekend,

Craig

---

**From:** Craig Thomas
**Sent:** Friday, March 06, 2015 12:02 PM
**To:** Christina Medina
**Subject:** Re: Morgutia-Johnson v. Fresno (Craig) re: New Notice and Subpoena for Tasha Cole

When I get back to the office this afternoon around 2:30 to 3 I can get the actual amount to you.

Craig Thomas
P 559-435-3940 ext. 301
F 559-435-2119
www.otcinv.com

OLIVER, THOMAS , PIERCE & PATTY
INVESTIGATIONS
9493 NORTH FORT WASHINGTON ROAD, SUITE 102
FRESNO, CALIFORNIA 93730-0660
(559) 435-3940    FAX (559)435-2119

On Mar 6, 2015, at 11:43 AM, "Christina Medina" <cvm@manningllp.com> wrote:

　　　Hello Craig,

Courtney is drafting a motion and needs to know all costs incurred for the service attempts on Tasha Cole for both depositions of 01/23 & 03/03. Is there any way you can get those number to us today? You sent the attached invoices but are these for all service attempts?

*Thank you,*
*Christina V. Medina*
Paralegal
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, California 90017
Main: 213-624-6900; Direct: 213-553-2489
Email: cvm@manningllp.com

---

**From:** Craig Thomas [mailto:craig@otcinv.com]
**Sent:** Thursday, March 05, 2015 8:54 AM
**To:** Christina Medina
**Cc:** Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** RE: Morgutia-Johnson v. Fresno (Craig) re: New Notice and Subpoena for Tasha Cole

Good morning Christina,

I have attached our service Invoice for the most recent work conducted in serving Tasha Cole. The total expense incurred thus far toward our budget is $3,643.40.

I will await any further instructions.

Thank you,

Craig
Craig Thomas
P 559-435-3940 ext. 301
F 559-435-2119
www.otcinv.com

## OLIVER, THOMAS , PIERCE & PATTY
### INVESTIGATIONS
9493 NORTH FORT WASHINGTON ROAD, SUITE 102
FRESNO, CALIFORNIA 93730-0660
(559) 435-3940    FAX (559)435-2119

This document being emailed is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us via reply email.

---

**From:** Craig Thomas
**Sent:** Friday, February 27, 2015 10:44 AM
**To:** 'Christina Medina'
**Cc:** Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** RE: Morgutia-Johnson v. Fresno (Craig) re: New Notice and Subpoena for Tasha Cole

Christina,

Please find attached the Proof of Service for Tasha Cole served on February 26, 2015.

I will pend my file in abeyance awaiting your further instructions.

Thank you,

Craig

**From:** Christina Medina [mailto:cvm@manningllp.com]
**Sent:** Friday, February 27, 2015 8:53 AM
**To:** Craig Thomas
**Cc:** Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** RE: Morgutia-Johnson v. Fresno (Craig) re: New Notice and Subpoena for Tasha Cole

Great thank you Craig you and your team are wonderful.

*Thank you,*
*Christina V. Medina*
Paralegal
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, California 90017
Main: 213-624-6900; Direct: 213-553-2489
Email: *cvm@manningllp.com*

**From:** Craig Thomas [mailto:craig@otcinv.com]
**Sent:** Thursday, February 26, 2015 5:05 PM
**To:** Christina Medina
**Cc:** Courtney Arbucci; Delia Flores; Missy O'Linn
**Subject:** Re: Morgutia-Johnson v. Fresno (Craig) re: New Notice and Subpoena for Tasha Cole

Hi Christina,

Just served Tasha!

I will send paperwork to you tomorrow.

Craig Thomas
P 559-435-3940 ext. 301
F 559-435-2119
www.otcinv.com

**OLIVER, THOMAS , PIERCE & PATTY**
**INVESTIGATIONS**
9493 NORTH FORT WASHINGTON ROAD, SUITE 102
FRESNO, CALIFORNIA 93730-0660
(559) 435-3940   FAX (559)435-2119

On Feb 26, 2015, at 10:18 AM, "Christina Medina" <cvm@manningllp.com> wrote:

3

Hi Craig,

As mentioned in our telephone call of a few minutes ago.  I'm attaching for you an Second Amended Depo Notice and Subpoena for Tasha Cole.  Please try to serve her today, the court has changed the deposition date to Tuesday March 5, 2015.  Please stake her out until she is served.  Also as discussed please keep a log of any communications with her or her family, and of any threats made to your people or any observation your people see of her intentionally evading service.  All attempts, must be noted even if they are not successful.  Please feel free to call us if you have any questions. Thank you for your assistance

*Thank you,*
*Christina V. Medina*
Paralegal
Manning & Kass, Ellrod, Ramirez, Trester, LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, California 90017
Main: 213-624-6900; Direct: 213-553-2489
Email: *cvm@manningllp.com*

<045912[2015-02-26 10-11-45].PDF>

EXHIBIT "N"

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90755 | 2/10/2015 | 74220 |

| Job Date | Case No. |
|---|---|
| 1/23/2015 | 1:14-CV-00127 LJO-SKO |

| Case Name |
|---|
| Idalia J. Morgutia-Johnson vs. City of Fresno, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Courtney R. Arbucci, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa Street
15th Floor
Los Angeles, CA  90017

ORIGINAL TRANSCRIPT OF:

    Thomas O'Laughlin, M.D.                                1,187.75

ORIGINAL TRANSCRIPT OF:

    Tasha Cole                                         220.00

                        **TOTAL DUE  >>>**       **$1,407.75**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Phone: 213-624-6900   Fax:213-624-6999

*Please detach bottom portion and return with payment.*

Courtney R. Arbucci, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa Street
15th Floor
Los Angeles, CA  90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 74220 | BU ID | : Fresno |
| Case No. | : 1:14-CV-00127 LJO-SKO | | |
| Case Name | : Idalia J. Morgutia-Johnson vs. City of Fresno, et al. | | |
| Invoice No. | : 90755 | Invoice Date | : 2/10/2015 |
| **Total Due** | : **$1,407.75** | | |

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Huseby, Inc.**
            **P.O. Box 602928**
            **Charlotte, NC  28260-2928**

COURTNEY R. ARBUCCI
MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
801 S. FIGUEROA STREET, 15TH FLOOR   LOS ANGELES, CA 90017
Attorney For: Defendant

SBN: 266036

TELEPHONE NO.: (213) 624-6900          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA

PLAINTIFF (name each): IDALIA J. MORGUTIA-JOHNSON
DEFENDANT (name each): CITY OF FRESNO, ET AL.

CASE NUMBER:
1:14-CV-00127-LJO-SKO

| **PROOF OF DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.: 2254-45912 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES OF THE:**

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF TASHA COLE

NAME OF PARTY:        **TASHA COLE**

DELIVERED TO:        **DOCUMENTS POST IT AT THE FRONT DOOR -**

DATE & TIME OF DELIVERY:    **01/22/2015**
**06:31 pm**

ADDRESS, CITY, AND STATE:      **1512 N. PACIFIC AVE.**
**FRESNO, CA 93728**

MANNER OF SERVICE:
Service was made by delivery to the party's residence between the hours of eight in the morning and six in the evening, by leaving the notice or other papers with some person of not less than 18 years of age; or if some person of not less than 18 years of age could not be found at the time of the attempted service between those hours, the notice or papers were served by mail. If the party's residence is not known, the notice or other papers were served by delivery to the clerk of the court, or the judge if there is no clerk, for the party. F.R.C.P. 5(a)(b)(2)(a).

Fee for Service: $ 670.00

NATIONWIDE County: **FRESNO**
LEGAL
       Registration No.: **S20111000021**
       **Nationwide Legal, LLC (12-234648)**
       **1609 James M. Wood Blvd., 2nd Fl**
       **Los Angeles, CA 90015**
       **(213) 249-9999**
       **Ref: 2254-45912**

I declare under penalty of perjury under the laws of The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 26, 2015.

Signature: _____
                    JULIE THORNTON

**PROOF OF HAND DELIVERY**        Order#: 717805AM/DROPSERVE

**Courtney Arbucci**

| | |
|---|---|
| **From:** | MaryLou Louie |
| **Sent:** | Tuesday, January 20, 2015 11:11 AM |
| **To:** | Courtney Arbucci |
| **Cc:** | Monica de Leon; Delia Flores; MaryLou Louie |
| **Subject:** | Springhill Suites Confirmation #89958767 for SpringHill Suites Fresno |

Hi Courtney,

Here's your hotel confirmation – please review and let me know if you have any changes.   Also, to avoid penalty we need to cancel by tomorrow morning, Wednesday, Jan 21st if depositions don't go forward.

Thank you - MaryLou

**From:** SpringHill Suites By Marriott Reservations [mailto:reservations@springhillsuites-res.com]
**Sent:** Tuesday, January 20, 2015 10:34 AM
**To:** MaryLou Louie
**Subject:** Reservation Confirmation #89958767 for SpringHill Suites Fresno

Please review your reservation details and keep for your records



## Reservation Confirmation: 89958767

**For Ms. Courtney Arbucci**

| CHECK-IN DATE | **Thursday, January 22, 2015** | CHECK-OUT DATE | |
|---|---|---|---|
| CHECK-IN TIME | **03:00 PM** | **Friday, January 23, 2015** | |
| | | CHECK-OUT TIME | **12:00 PM** |

**Modify your reservation**       **Cancel your reservation**

**Dear Ms. Courtney Arbucci,**

We are pleased to confirm your reservation with SpringHill Suites Fresno. Below is a summary of your booking and suite information. Whether traveling for business or leisure, prepare to feel refreshed by the stylish spaces and inspiring design of SpringHill Suites.

Sincerely,
SpringHill Suites Fresno

## Enjoy Your Stay



**Free Wi-Fi. It's Here!**

Join Marriott Rewards®, say hi to free Wi-Fi.

 Join Now



**Complimentary Connection**

Enjoy free Wi-Fi in suites and public spaces.

⊕ Learn More



**Experience Our New Breakfast**

With fresh, hot and healthy options

⊕ Learn More



**Visit The Market 24/7**

For snacks, drinks and other necessities

⊕ Learn More

## Room Details

| | |
|---|---|
| ROOM TYPE | **Suite, 2 Double, Sofa bed** |
| NUMBER OF ROOMS | **1** |
| GUESTS PER ROOM | **2** |
| GUARANTEED METHOD | **Credit Card Guarantee, American Express** |
| SPECIAL REQUESTS | |

**Room 1**

**Request noted**
Qualifying Rate ID Required

**Hotel Alert**
All rates at this hotel include complimentary breakfast

**Renovation Alert**
Renovation of our guest rooms is underway through March 2015. Limited noise can be expected between 8am and 6pm daily.

## Summary of Charges

RATES ARE PER ROOM, PER NIGHT (USD)

| | | |
|---|---|---|
| **Thursday, January 22, 2015-Friday, January 23, 2015** | **1 night** | **161.00 USD** |
| AAA rate, AAA membership card required | | |

ESTIMATED GOVERNMENT TAXES & FEES                                          21.03 USD

**Total for stay (for all rooms)**                                         182.03 USD

**Parking Information**
- Complimentary on-site parking

| Modify or cancel your reservation | Book Another Reservation |

## Rate and Cancellation Details

- **Please note that a change in the length or dates of your reservation may result in a rate change.**
- **You may cancel your reservation for no charge until Wednesday, January 21, 2015 (1 day[s] before arrival).**
- **Please note that we will assess a fee of 182.03 USD if you must cancel after this deadline.**

  If you have made a prepayment, we will retain all or part of your prepayment. If not, we will charge your credit card.
- Please be prepared to show proof of eligibility for your rate (such as a membership card, corporate or government identification card, or proof of your age).

**RATE GUARANTEE LIMITATION(S)**
  Changes in taxes or fees implemented after booking will affect the total room price.
  Please note that a change in the length or dates of your reservation may result in a rate change.

**ADDITIONAL INFORMATION**
- The Responsible Tourist and Traveler
  A practical guide to help you make your trip an enriching experience



## Marriott Rewards

Get free in-room Wi-Fi when you join Marriott

Rewards and book direct. Sign up and enjoy at
3,800+ hotels worldwide.

⊙ Join Marriott Rewards

## Contact Us

⊙ Call 1-888-287-9400 in the US and Canada

⊙ Elsewhere, call our worldwide telephone
numbers.

⊙ Contact us if you have questions about your
reservation

**Get Up to 35% off + 500
Marriott Rewards
Points**

Book with Hertz & get exclusive
discounts



⊙ Search Now

**Book Transportation,
Tours & More**

Get great rates on local tours &
attractions

⊙ Book Now



DOWNLOAD MARRIOTT MOBILE APP

 

STAY CONNECTED     

### Privacy, Authenticity and Opting Out

Your privacy is important to us. **Please visit our Privacy Statement for full details.**

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Internet
Customer Care team is available to assist you 24 hours per day, 7 days per week. **Contact Internet Customer Care.**

### Promotional Email Unsubscribe

If you provided us with your email address for the first time, we will send you a follow-up email to welcome you. We will
also send you periodic emails with information about your account balance, member status, special offers and promotions.
An opt-out link will be included in each of these emails so that you can change your mind at any time.

If you would prefer to opt out of such emails from Marriott International, Marriott Rewards or The Ritz-Carlton Rewards,
**you may do so here.** In addition, you may unsubscribe from The Ritz-Carlton email community **here**.

Please note: Should you unsubscribe from promotional email, we will continue to send messages for transactions such as
reservation confirmation, point redemption, etc.

**Confirmation Authenticity**

We're sending you this confirmation notice electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we sent it to you.

If you have received this email in error, **please let us know**.

© 1996 - 2015 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED. MARRIOTT PROPRIETARY INFORMATION
TERMS OF USE • INTERNET PRIVACY STATEMENT