UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>Defendants. | Case No. 1:14-CV-00127 LJO-SKO<br>[*Hon. Lawrence J. O'Neill, D. Judge; Hon. Sheila K. Oberto, M. Judge*]<br><br>**[PROPOSED] ORDER RE DEFENDANTS *EX PARTE* APPLICATION AND MOTION OF DEFENDANTS TO COMPEL THE DEPOSITION OF TASHA COLE; EXTEND TIME FOR THE LIMITED PURPOSE OF THE DEPOSITION; SANCTIONS; AND SERVICE BY POSTING ON DOOR OD HOME**<br><br>Complaint Filed:  01/28/2014<br>Trial Date:          06/09/2015 |

1

Case No. 1:14-CV-00127 LJO-SKO

[PROPOSED] ORDER

Defendants City of Fresno, Chief Jerry Dyer, Sergeant Larry Hustedde and Officer Jeffrey Kaiser's *ex parte* application seeking an Order to:

(1) Compel the deposition of Tasha Cole the week of March 16, 2015;

(2) Extend time for the limited purpose of taking the deposition of Tasha Cole the week of March 16, 2015;

(3) Impose Sanctions against Tasha Cole; and

(4) Serve Tasha Cole by posting on residence door;

has been reviewed and considered by this Court.

After consideration of the papers on file, and after arguments of counsel, the Court concludes that good cause exists to GRANT defendants requests to:

(1) Compel the deposition of Tasha Cole the week of March 16, 2015;

(2) Extend time for the limited purpose of taking the deposition of Tasha Cole the week of March 16, 2015;

(3) Impose Sanctions against Tasha Cole; and

(4) Serve Tasha Cole by posting on residence door.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                    **UNITED STATES**
                                                                    **MAGISTRATE JUDGE**