UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 1:14-CV-00127 LJO-SKO<br>*[Hon. Lawrence J. O'Neill, D.; Hon. Sheila K. Oberto,]*<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION AGAINST DEFENDANTS CITY OF FRESNO AND CHIEF JERRY DYER ONLY**<br><br>[*Filed Concurrently with Proposed Order*]<br><br>Complaint Filed: 01/28/2014<br>Trial Date:　　06/09/2015 |

　　　　Pursuant to the Stipulation of the parties, IT IS ORDERED:

　　　　1)　　The entire action against defendants CITY OF FRESNO and JERRY DYER only, is dismissed with prejudice;

　　　　2)　　This dismissal constitutes a general mutual release of plaintiff's claims against the City of Fresno and Chief Dyer only and a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of plaintiff's claims against the City of Fresno and Chief Dyer.

IT IS SO ORDERED.

　　　Dated:　**March 9, 2015**　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION AGAINST DEFENDANTS CITY OF FRESNO AND CHIEF JERRY DYER ONLY**