Mildred K. O'Linn (State Bar No. 159055)
Courtney R. Arbucci, (State Bar No. 266036)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email:  mko@manningllp.com; cya@manningllp.com

Attorneys for Defendants,
SERGEANT LARRY HUSTEDDE, and
OFFICER JEFFREY KAISER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 1:14-CV-00127 LJO-SKO<br>[*Hon. Lawrence J. O'Neill, D. Judge;*<br>*Hon. Sheila K. Oberto, M. Judge*]<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF**<br><br>Complaint Filed:　01/28/2014<br>Trial Date:　　　　06/09/2015 |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, plaintiff IDALIA J. MORGUTIA-JOHNSON and defendants SERGEANT LARRY HUSTEDDE AND OFFICER JEFFREY KAISER ("defendants") – the parties – by and through their respective attorneys of record, hereby stipulate for the purpose of jointly requesting that the honorable Court enter an Order continuing, resetting, and modifying the pending Expert Discovery Cutoff only, not changing the current trial date (and pursuant to Fender Rules of Civil Procedure 16, 26, and 40, as well as, to the extent applicable, United States

1

1  District Court, Eastern District of California Local Rule 143, 144, 240, and 281-285) as
2  follows:

**GOOD CAUSE STATEMENT**

4  1.  As a result of the incident-witness deposition delay of Tasha Cole, counsel for all parties appeared before this Court on March 18, 2015, for an Order to Show Cause of Tasha Cole in regards to her failing to appear for prior noticed depositions. At that time, Tasha Cole appeared before this Court and agreed to have her deposition examination proceed immediately after the hearing.

9  2.  While present before the Court, all counsel represented to this Court that they would be requesting a brief 30 day extension of the Expert Discovery Cutoff as a result of the pending non-expert witness deposition of Tasha Cole going forward. The Court acknowledged the request at that time.

13  3.  Tasha Cole's deposition examination went forward on March 18, 2015.

14  4.  The parties have met and conferred regarding the issue of the Expert Discovery Cutoff being on or around the same date as the Court's Order to Show Cause Hearing of Tasha Cole in which counsel for all parties were required to be present.

17  5.  Further, due to scheduling issues between counsel and experts for the depositions to be calendared prior to March 18, 2015, counsel in good faith have agreed to provide multiple dates of availability within the next 30 to schedule the depositions.

20  6.  In light of the above-mentioned issues, the parties hereby stipulate that there is Good Cause here for, and in good faith jointly request that, the Court continue the operative Expert Discovery Cutoff in this matter by 30 days in a manner comparable to the specific request herein after.

**STIPULATION FOR CONTINUANCE & SCHEDULING MODIFICATION.**

25  6.  Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court issue and Order modifying the operative Scheduling Order in this case as to the Expert Discovery Cutoff Date along the lines and/or in a manner comparable to the following proposed amended dates:

| **Description** | **Current Date** | **Extended Date** |
| --- | --- | --- |
| Expert Discovery Deadline | 03/18/15 | 04/17/15 |

7. Nothing in this Stipulation or any associated Order shall be construed as vacating, rescinding, amending, or modifying (in whole or in part) the Court's operative protective order re confidential documents [Dkt. Doc. 16].

8. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IS IT SO STIPULATED:**

DATED: March 20, 2015          **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By:     /s/ Courtney R. Arbucci
                                    Mildred K. O'Linn, Esq.
                                    Courtney R. Arbucci, Esq.
                                    Attorneys for Defendants,
                                    SERGEANT LARRY HUSTEDDE, and
                                    OFFICER JEFFREY KAISER


                               **LAW OFFICES OF VICKI SARMIENTO &**
DATED: March 20, 2015          **LAW OFFICES OF JORGE  GONZALEZ**


                               By:     /s/ Vicki Sarmiento
                                    Vicki Sarmiento, Esq.
                                    Jorge Gonzalez, Esq.
                                    Attorneys for Plaintiff,
                                    IDALIA J. MORGUTIA-JOHNSON

**ORDER FOR MODIFICATION OF SCHEDULING ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court, pursuant to the Court's inherent and statutory powers, including not limited to the applicable provisions of the Federal Rules of Civil Procedure, and all applicable provisions of the Federal Rules of Civil Procedure, and all applicable federal laws and Local Rules or the U.S. District Court, Eastern District of California; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the Court's Scheduling Order Re Joint Stipulation to Extend Expert Designation and Expert Discovery Cutoff of January 30, 2015 [Dkt. Doc. 24] and, to the extent applicable, the Court's Standing Order [Dkt. Doc. 3-1] and/or all prior scheduling orders issues in this action, are hereby **modified, continued, and reset** to the following:

| **Description** | **Current Date** | **Extended Date** |
|---|---|---|
| Expert Discovery Deadline | 03/18/15 | 04/17/15 |

2. Nothing in this Order shall be construed as vacating, rescinding, amending, or modifying (in whole or in part) the Court's operative protective order re confidential documents [Dkt. Doc. 27]. All other dates shall remain unchanged.

IT IS SO ORDERED.

Dated:   **March 23, 2015**          /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE