# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDALIA J. MORGUITIA-JOHNSON, | Case No. 1:14-cv-00127-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER DISCHARGING MARCH 9, 2015 ORDER TO SHOW CAUSE RE CONTEMPT** |
| | (Doc. 34) |
| CITY OF FRESNO, et al., | |
| Defendants. | |
| _____/ | |

On March 6, 2015, Defendants filed an ex parte application for a court order to compel the deposition of Tasha Cole. (Doc. 31.) The Court construed this as an application to issue an Order to Show Cause for Tasha Cole's failure to appear for a deposition pursuant to a duly served subpoena. (Doc. 34.) On March 9, 2015, the Court issued an order that Ms. Cole appear on March 18, 2015, to show cause why she should not be held in contempt for her failure to comply with the deposition subpoena served on her by Defendants. (Doc. 34.)

On March 18, 2015, Ms. Cole appeared at the hearing on the order to show cause, stated she was willing to comply with the deposition subpoena, and agreed to appear at 11:00 a.m. for a deposition at the location indicated by Defendants in open court. (Doc. 39.) Defendants were instructed to file a declaration indicating whether the deposition was completed.

On March 20, 2015, Defendants filed a declaration stating that Ms. Cole's deposition was completed on March 18, 2015, and requested that the order to show cause be discharged.

1 | In light of Ms. Cole's compliance and Defendants' counsel's declaration that Ms. Cole's
2 | deposition has been completed, IT IS HEREBY ORDERED that the March 9, 2015, order to show
3 | cause re civil contempt of Ms. Cole is DISCHARGED.

IT IS SO ORDERED.

Dated:  **March 24, 2015**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

2