# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDALIA J. MORGUTIA-JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT LARRY HUSTEDDE, OFFICER JEFFREY KAISER, and DOES 1 to 10,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 1:14-cv-00127-LJO-SKO<br><br>**ORDER CONTINUING AND RESETTING EXPERT DISCOVERY DEADLINE DATE**<br><br>(Doc. 46) |

### ORDER FOR MODIFICATION OF SCHEDULING ORDER

After consideration of the written Joint Stipulation of Plaintiff and Defendants for an extension of expert discovery cutoff (Doc. 44), IT IS HEREBY ORDERED that the dates be extended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Expert Discovery Deadline | April 17, 2015 | **May 1, 2015** |
| Settlement Conference | April 13, 2015, 10:30 a.m., Ctrm 9 | **No Modification** |
| Final Pre-Trial Conference | May 13, 2015, 8:15 a.m., Ctrm 4 | **No Modification** |

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| TRIAL | June 9, 2015, 8:30 a.m., Ctrm 4 (7-10 trial days) | **No Modification** |

IT IS SO ORDERED.

Dated:   **April 8, 2015**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE