# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDALIA J. MOGUTIA-JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT LARRY HUSTEDDE,<br>JEFFREY KAISER,<br><br>　　　　　Defendants. | ) Case No.: 1:14-cv-00127  LJO SKO<br>)<br>) ORDER SETTING SETTLEMENT CONFERENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　This matter was initated on January 28, 2014 and raises claims under the Fourth, Fifth and Fourteenth Amendment related to Plaintiff's arrest on August 24, 2010. The complaint seeks an injunction, damages, disgorgement of unjust enrichment, fees and costs.  The matter is set for jury trial on June 9, 2015. The parties have expressed a willingness to engage in a settlement conference.

　　　　Therefore, the Court **ORDERS**:

1.　　A settlement conference is set on **May 27, 2015 at 10:00 a.m.** before Magistrate Judge, Jennifer L. Thurston.  The conference will occur at the United States Courthouse located at 510 19th Street, Bakersfield, California;

2.　　Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to

negotiate and settle the case on any terms[1] at the conference.  Consideration of settlement is a serious matter that requires preparation prior to the settlement conference.  Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference:

    a.    **No later than May 26, 2015 at noon,** the parties shall submit via e-mail to JLTorders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement should not be filed with the Clerk of the Court nor served on any other party, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon;

    b.    The Confidential Settlement Conference Statement shall include the following:

        A.    A brief statement of the facts of the case;

        B.    A brief statement of the claims and defenses including a <u>forthright</u> evaluation of the party's likelihood of prevailing on the claims or defenses and a description of the major issues in dispute;

        C.    An estimate of the cost and time to be expended for further discovery, pretrial and trial;

        D.    A <u>realistic</u> evaluation of the value of the case in light of the risk the party will not succeed at trial;

        E.    The party's position on settlement, including any present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:   **May 21, 2015**             **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.